UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATTOO JOHNNY, INC.,<br><br>           Plaintiff,<br>v.<br><br>CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC., CHRISTIAN AUDIGIER, TY BOWERS, MACY'S, INC., BLOOMINGDALE'S, INC., NORDSTROM, INC., VANGUARD APPAREL LIMITED, JOHN DOES 1-100, inclusive,<br><br>           Defendants. | Docket No. 08cv5572<br><br><br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule if Civil Procedure 7.1 and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, which is a private nongovernmental party, hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date:   New York, New York
          June 19, 2008

                                        OlenderFeldman LLP

                                        By _____
                                           Mark D. Miller (7450)
                                        Attorneys for Plaintiff
                                        29 West 38th St., 17th Floor
                                        New York, New York 10018
                                        (908) 964-2482