# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
    TATTOO JOHNNY, INC.,                       :
                                              :  Docket No.: 08-cv-5572 LP
                    Plaintiff,                 :
                                              :
            v.                                 :
                                              :
    CHRISTIAN AUDIGIER, INC., SHOP ON          :
    STAGE, INC., CHRISTIAN AUDIGIER, TY        :
    BOWERS, MACY'S, INC.,                      :
    BLOOMINGDALE'S, INC., NORDSTROM,           :
    INC., VANGUARD APPAREL LIMITED,
    JOHN DOES 1-100, inclusive,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## RULE 7.1 STATEMENT OF DEFENDANT SHOP ON STAGE, INC.

Richard LaCava (RL 1671)
Brian D. Siff (BS 6135)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Defendants
Christian Audigier, Inc., Shop on Stage, Inc., and Christian Audigier

## RULE 7.1 STATEMENT OF SHOP ON STAGE, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Shop On Stage, Inc. (a private non-governmental party) certifies the following:

    1.    Shop On Stage, Inc. is not a publicly held corporation.

    2.    There are no corporations or other publicly held entities that own ten percent or more of the stock of Shop On Stage, Inc.

    3.    There is no publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation.

Date:  July 21, 2008

_Richard LaCava_

Richard LaCava (RL 1671)
on behalf of Defendant Shop On
Stage, Inc.