☐ **ORIGINAL**

**SCANNED**
(JHB 7/30/08)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATTOO JOHNNY, INC., | : |

TATTOO JOHNNY, INC.,                          :     Case No. 08-CV-05572
                            Plaintiff,        :     Hon. Loretta A. Preska
                                              :
v.                                            :
                                              :
                                              :
CHRISTIAN AUDIGIER, INC., SHOP ON  :
STAGE, INC., CHRISTIAN AUDIGIER,   :     **MOTION TO ADMIT COUNSEL**
TY BOWERS, MACY'S, INC.,           :     **PRO HAC VICE**
BLOOMINGDALES, INC., NORDSTROM, :
INC., VANGUARD APPARREL LIMITED, :
JOHN DOES 1-100, inclusive,        :
                            Defendants.    :
_____

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, I, Brian D. Siff, a member in good standing of the bar of this Court,

hereby move for an Order allowing the admission pro hac vice of

|  |  |
|---|---|
| Applicant's Name: | James H. Turken |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 2049 Century Park East, Suite 700 |
| City/State/Zip: | Los Angeles, CA 90067-3109 |
| Phone Number: | (310) 772-8300 |
| Fax Number: | (310) 772-8301 |

James H. Turken is a member of good standing of the Bar of the State of California.  A Certificate of
Good Standing is attached hereto as Exhibit A.

There are no pending disciplinary proceeding against James H. Turken in any State or Federal Court.

| | |
|---|---|
| Dated: | July 23, 2008 |
| City, State: | New York, New York |

Respectfully submitted,

Sponsor's

|  |  |
|---|---|
| SDNY Bar: | BS-6135 |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 1177 Avenue of the Americas |
| City/State/Zip: | New York, NY 10036 |
| Phone Number: | (212) 277-6500 |
| Fax Number: | (212) 277-6501 |

DOCSNY-318843



# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

July 16, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES HENRY TURKEN, #89618 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1979; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2008, he served a copy of the following:

MOTION TO ADMIT COUNSEL PRO HAC VICE and AFFIDAVIT OF BRIAN D. SIFF IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE on behalf of Applicant James H. Turken;

by Federal Express and electronic mail to the persons hereinafter named, at the place and address stated below:

> Mark David Miller, Esq.
> OlenderFeldman LLP
> 2840 Morris Avenue
> Union, NJ 07083
> mmiller@olenderfeldman.com

_____
Victor Padro



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
TATTOO JOHNNY, INC.,                         :    Case No. 08-CV-05572
                          Plaintiff,         :    Hon. Loretta A. Preska
                                             :
v.                                           :
                                             :
CHRISTIAN AUDIGIER, INC., SHOP ON :
STAGE, INC., CHRISTIAN AUDIGIER,    :
TY BOWERS, MACY'S, INC.,                     :    **AFFIDAVIT OF BRIAN D. SIFF**
BLOOMINGDALES, INC., NORDSTROM, :                 **IN SUPPORT OF MOTION TO**
INC., VANGUARD APPARREL LIMITED, :                **ADMIT COUNSEL PRO HAC VICE**
JOHN DOES 1-100, inclusive,                  :
                          Defendants.   _   :
_____

State of New York         )
                          )    ss:
County of New York        )


Brian D. Siff, being duly sworn, hereby deposes and says as follows:

1.      I am a Partner at Dickstein Shapiro LLP, counsel for Christian Audigier, Inc., Shop On
        Stage, Inc., and Christian Audigier in the above-captioned action. I am familiar with the
        proceedings in this case. I make this statement based on my personal knowledge of the
        facts set forth herein and in support of Christian Audigier, Inc., Shop On Stage, Inc., and
        Christian Audigier's motion to admit James H. Turken as counsel pro hac vice to
        represent Christian Audigier, Inc., Shop On Stage, Inc., and Christian Audigierin this
        matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to
        practice law on December 1994. I am also admitted to the bar of the United States
        District Court for the Southern District of New York, and am in good standing with this
        court.

3.      I have known James H. Turken since 2008.

4.      James H. Turken  is a Partner at Dickstein Shapiro LLP, in Los Angeles, CA.

5.      I have found James H. Turken to be a skilled attorney and a person of integrity. He is
        experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of James H. Turken, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of James H. Turken, pro
        hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit James H. Turken, pro hac vice, to represent Christian Audigier, Inc., Shop On Stage, Inc., and Christian Audigier, be granted.

Dated:         July 23, 2008

City, State:   New York, New York

Notarized:

**VICTOR PADRO**
**NOTARY PUBLIC, STATE OF NEW YORK**
**NO. 01PA6128179**
**QUALIFIED IN BRONX COUNTY**
**COMMISSION EXPIRES JUNE 6, 2009**

Respectfully submitted,

Brian D. Siff (BS-6135)
Attorneys for Christian Audigier, Inc.,
Shop On Stage, Inc., and Christian Audigier
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 277-6500

2

DOCSNY-318731

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TATTOO JOHNNY, INC.,            :    Case No. 08-CV-05572
               Plaintiff,    :    Hon. Loretta A. Preska

v.                             :
                            :
CHRISTIAN AUDIGIER, INC., SHOP ON :    **ORDER FOR ADMISSION**
STAGE, INC., CHRISTIAN AUDIGIER,   :        **PRO HAC VICE**
TY BOWERS, MACY'S, INC.,        :    **ON WRITTEN MOTION**
BLOOMINGDALES, INC., NORDSTROM, :
INC., VANGUARD APPARREL LIMITED, :
JOHN DOES 1-100, inclusive,          :
                     Defendants.    :

Upon the motion of Brian D. Siff , attorney for Defendants in the above-captioned case, and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:     James H. Turken

Firm Name:     Dickstein Shapiro LLP

Address:     2049 Century Park East, Suite 700

City/State/Zip:     Los Angeles, CA 90067-3109

Telephone/Fax:     (310) 772-8300/8301

Email Address:     turkenj@dicksteinshapiro.com

is admitted to practice pro hac vice as counsel for Christian Audigier, Inc., Shop On Stage, Inc., and
Christian Audigier in the above captioned case in the United States District Court for the Southern
District of New York. All attorneys appearing before this Court are subject to the Local Rules of this
Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic
Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.
Counsel shall forward the pro hac vice fee to the Clerk of Court.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY.  FEE PAID $        SDNY RECEIPT #

SDNY Form Web 10/2006

DOCSNY-318709