UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TATTOO JOHNNY, INC.,

        Plaintiff,

   v.

CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC., CHRISTIAN AUDIGIER, TY BOWERS, MACY'S, INC., BLOOMINGDALE'S, INC., NORDSTROM, INC., VANGUARD APPAREL LIMITED, JOHN DOES 1-100, inclusive,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No.: 08-cv-5572 LP

**RULE 7.1 STATEMENT OF DEFENDANT NORDSTROM, INC.**

Richard LaCava (RL 1671)
Brian D. Siff (BS 6135)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Defendants
Christian Audigier, Inc., Shop on Stage, Inc., Christian Audigier, Macy's, Inc., Bloomingdales, Inc., Nordstrom, Inc. and Vanguard Apparel Limited.

DOCSNY-321852

# RULE 7.1 STATEMENT OF NORDSTROM, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Nordstrom, Inc. (a private non-governmental party) certifies the following:

1. Nordstrom, Inc. is a publicly held corporation.

2. There are no corporations or other publicly held entities that own ten percent or more of the stock of Nordstrom, Inc.

3. There is no publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation.

Date:  August 4, 2008                    _____/s Richard LaCava_____
                                         Richard LaCava (RL 1671)
                                         on behalf of Defendant Nordstrom,
                                         Inc.