UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
TATTOO JOHNNY, INC.,                                :
                                                    :  Docket No.: 08-cv-5572 LP
                        Plaintiff,                  :
                                                    :
        v.                                          :
                                                    :
CHRISTIAN AUDIGIER, INC., SHOP ON                   :
STAGE, INC., CHRISTIAN AUDIGIER, TY                 :
BOWERS, MACY'S, INC.,                               :
BLOOMINGDALE'S, INC., NORDSTROM,                    :
INC., VANGUARD APPAREL LIMITED,
JOHN DOES 1-100, inclusive,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**RULE 7.1 STATEMENT OF DEFENDANT MACY'S, INC.**


Richard LaCava (RL 1671)
Brian D. Siff (BS 6135)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Defendants
Christian Audigier, Inc., Shop on Stage, Inc., Christian Audigier, Macy's, Inc., Bloomingdales,
Inc., Nordstrom, Inc. and Vanguard Apparel Limited.

## RULE 7.1 STATEMENT OF MACY'S, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Macy's, Inc. (a private non-governmental party) certifies the following:

1. Macy's, Inc. is a publicly held corporation.

2. There are no corporations or other publicly held entities that own ten percent or more of the stock of Macy's, Inc.

3. There is no publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation.


Date:  August 4, 2008                   _____/s Richard LaCava_____
                                        Richard LaCava (RL 1671)
                                        on behalf of Defendant Macy's, Inc.