**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
TATTOO JOHNNY, INC.,                                              :
                                                                  :   Docket No.: 08-cv-5572 LP
                    Plaintiff,                                    :
                                                                  :
        v.                                                        :
                                                                  :
CHRISTIAN AUDIGIER, INC., SHOP ON                                :
STAGE, INC., CHRISTIAN AUDIGIER, TY                              :
BOWERS, MACY'S, INC.,                                            :
BLOOMINGDALE'S, INC., NORDSTROM,                                 :
INC., VANGUARD APPAREL LIMITED,
JOHN DOES 1-100, inclusive,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**RULE 7.1 STATEMENT OF DEFENDANT BLOOMINGDALES, INC.**


Richard LaCava (RL 1671)
Brian D. Siff (BS 6135)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Defendants
Christian Audigier, Inc., Shop on Stage, Inc., Christian Audigier, Macy's, Inc., Bloomingdales,
Inc., Nordstrom, Inc. and Vanguard Apparel Limited.

## <u>RULE 7.1 STATEMENT OF BLOOMINGDALES, INC.</u>

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule

1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for Defendant Bloomingdales, Inc. (a

private non-governmental party) certifies the following:

1.    Bloomingdales, Inc. is not a publicly held corporation.

2.    Macy's, Inc., also a defendant in this action, is the publicly held parent of

Bloomingdales, Inc.

3.    There are no other publicly held corporations or entities that have a direct

financial interest in the outcome of this litigation.


Date:  August 4, 2008                    _____/s Richard LaCava_____
                                         Richard LaCava (RL 1671)
                                         on behalf of Defendant
                                         Bloomingdales, Inc.