



**O**lender**F**eldman LLP
*ATTORNEYS AT LAW*

*Writer's contact information:*
Jonas M. Seider, Esq.
908-964-2424
jseider@olenderfeldman.com
**RESPOND TO NEW JERSEY**

August 1, 2008

**VIA FACSIMILE (212) 805-7941**
Hon. Loretta A. Preska, US D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re:   **Tattoo Johnny, Inc. v. Christian Audigier, Inc., et al.
Docket No.: 1:08-cv-5572**

Dear Judge Preska:

This law firm represents the Plaintiff Tattoo Johnny, Inc. ("Plaintiff") in the above-referenced matter. In preparation to file Plaintiff's Reply Memorandum in Further Support of Plaintiff's Motion for a Preliminary Injunction, Plaintiff respectfully requests the Court's permission to increase the ten-page limit for our reply. Such a request is being made as more space is necessary to fully respond to the Defendants' opposition. We are working on our reply Memorandum and have diligently edited the same. However, to cogently and succinctly respond to the many arguments advanced by the Defendants, we will require no more than fourteen (14) pages. Therefore, we respectfully request that the Court allow us up to an additional four (4) pages.

I respectfully thank the Court for Your Honor's courtesies in this matter.

*So ordered*
*Loretta A. Preska*
*USDJ*
*Aug 3, 2008*

Respectfully submitted,

JONAS M. SEIDER

cc:   James Turken, Esq.
      Brian Siff, Esq.

---

2840 Morris Avenue
Union, New Jersey 07083
908-964-2485
908-810-6631 (facsimile)

29 West 38th Street – 17th Floor
New York, New York 10018
212-302-3557
212-764-8905 (facsimile)

www.olenderfeldman.com