UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TATTOO JOHNNY, INC., : Case No. 08-CV-05572
                    Plaintiff, : Hon. Loretta A. Preska

v. :

CHRISTIAN AUDIGIER, INC., SHOP ON :
STAGE, INC., CHRISTIAN AUDIGIER, :   **ORDER FOR ADMISSION**
TY BOWERS, MACY'S, INC., :   **PRO HAC VICE**
BLOOMINGDALES, INC., NORDSTROM, :   **ON WRITTEN MOTION**
INC., VANGUARD APPARREL LIMITED, :
JOHN DOES 1-100, inclusive, :
                    Defendants. :

---

Upon the motion of Brian D. Siff, attorney for Defendants in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | James H. Turken |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 2049 Century Park East, Suite 700 |
| City/State/Zip: | Los Angeles, CA 90067-3109 |
| Telephone/Fax: | (310) 772-8300/8301 |
| Email Address: | turkenj@dicksteinshapiro.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

is admitted to practice pro hac vice as counsel for Christian Audigier, Inc., Shop On Stage, Inc., and Christian Audigier in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

August 4, 2008

_Loretta A. Preska_
United States District/Magistrate Judge

---

FOR OFFICE USE ONLY.  FEE PAID $ _____     SDNY RECEIPT # _____
SDNY Form Web 10/2006

DOCSNY-318709