UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATTOO JOHNNY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC., CHRISTIAN AUDIGIER, TY BOWERS, MACY'S, INC., BLOOMINGDALE'S, INC., NORDSTROM, INC., VANGUARD APPAREL LIMITED, JOHN DOES 1-100, inclusive, <br><br> Defendants. | Civil Action No. 08-CV-5572 (LP) <br><br> **DEFENDANTS CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC. AND CHRISTIAN AUDIGIER'S DEMAND FOR A JURY TRIAL** |

Pursuant to Fed. R. Civ. P. 38(b), defendants Christian Audigier, Inc., Shop On Stage, Inc. and Christian Audigier respectfully demand a jury trial of all issues so triable in this action.

Dated: New York, New York
August 4, 2008

DICKSTEIN SHAPIRO LLP

   /s Richard LaCava
Richard LaCava (RL 1671)
Brian D. Siff (BS 7057)
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Defendants Christian Audigier, Inc., Shop On Stage, Inc., Christian Audigier, Macy's, Inc., Bloomingdale's, Inc., Nordstrom, Inc. and Vanguard Apparel Limited

321903