UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TATTOO JOHNNY, INC.,

          Plaintiff,

v.

CHRISTIAN AUDIGIER, INC., SHOP ON
STAGE, INC.,  CHRISTIAN AUDIGIER, TY
BOWERS, MACY'S, INC.,
BLOOMINGDALE'S, INC., NORDSTROM,
INC., VANGUARD APPAREL LIMITED,
JOHN DOES 1-100, inclusive,

          Defendants.

Docket No.: 1:08-cv-5572

**DECLARATION OF JONAS M. SEIDER**

Declaration of Jonas M. Seider

I, JONAS M. SEIDER, hereby declare and say:

1.  I am and attorney duly admitted to practice in the state courts of New Jersey and New York. I am an associate at the law firm of OlenderFeldman LLP, ("OF") attorneys for Plaintiff Tattoo Johnny, Inc. ("Plaintiff") in this action.  I am fully familiar with the facts set forth herein based upon personal knowledge and the expedited discovery provided in this case.  I make this Declaration in further support of Plaintiff's Motion for Preliminary Injunction.

2.  As an attorney handling this litigation, I have possession, custody, supervision and control of records and documents relating to Plaintiff in general and to this litigation.  The records and documents referred to in this Declaration constitute writings taken, made or received in the ordinary course of business of OF at or near the time of the act, condition or event to which they relate, by persons employed by OF who have a business duty to OF to accurately and completely take, make, and receive and maintain such records and documents.

3.    As Plaintiff's attorney, I filed the original copyright application for the Tattoo Johnny Eagle (Reg., VA 1-633-383), the Tattoo Johnny Knife and Rose (Reg. No.: VA 1-633-384), and the Tattoo Johnny Skull Rose on Top (Reg. No.: VA 1-0633-385) (collectively referred as, the "Plaintiff's Designs"). In that original application, Plaintiff informed me that the dates of first publication for Plaintiff's Designs was December 5, 2008.    Attached hereto as **Exhibit A** are true and correct copies of the initial trademark applications I filed for Plaintiff's Designs.

4.    Shortly after I submitted the copyright applications for Plaintiff's Designs, Plaintiff informed me that those initial dates of publication were incorrect.    I immediately filed an amended application setting forth the first publication date, which reflects the day Plaintiff's Designs were first uploaded to Plaintiff's website for sale. Attached hereto as **Exhibit B** are true and correct copies of the amended application for Plaintiff's Designs.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the relevant portions from the transcript of David Bollt's July 17, 2008 Deposition.

6.    Attached hereto as **Exhibit D** is a true and correct copy of a redacted version of the T-shirt licensing agreement to which Plaintiff is a party.    As the agreement is confidential, Plaintiff's have redacted all irrelevant portions.  All relevant portions remain in tact.

7.    Attached hereto as **Exhibit E** are true and correct copies of the respective assignment and work-for-hire agreements executed by the artists of Plaintiff's Designs.  In these agreements, the artists unequivocally assign all rights in and to the copyrights for Plaintiff's Designs.

8.    On July 23, 2008, in response to the July 17, 2008 Deposition of David Bollt, I visited the website located at www.vosstattoos.com.  Attached hereto as **Exhibit F** are true and

correct copies of several screenshots I took from the website www.vosstattoos.com depicting the use of copyright notice. I believe that www.vosstattoos.com is artist Damien Friesz's personal website.

9.    On July 23, 2008, I conducted Google Image search for the term "Mickey Mouse." Attached hereto as **Exhibit G** is a true and correct copy of a screenshot I took from the result of my Google Image search for "Mickey Mouse." On the bottom of the page, there is a Google copyright notice.

10.    On July 24, 2008, I visited Defendants' website, www.christianaudigier.com.    I attempted to copy the image on the screen by right clicking on the image. When I right clicked on the image to copy, a copyright notice appeared. Attached hereto as **Exhibit H** is a true and correct copy of a screenshot I took from Defendants' website, www.christianaudigier.com, depicting the copyright notice.

11.    On June 14, 2008, I visited Defendants' Christian Audigier Store in New York. While at the store, I personally purchased a shirt with the eagle design. The SKU number for this shirt is B8CBBDEC, and called "Eagle Wing." Attached hereto as **Exhibit I** is a true and correct copy of the receipt from the purchase of Defendants' shirt, a photograph I took of Defendants' shirt, and a picture of Plaintiff's registered eagle design directly adjacent to a close-up photograph I took of Defendants' eagle design as it appears on Defendants' T-shirts. I personally took the photographs of Defendants' shirt on July 31, 2008 and declare that each photograph truthfully and accurately depicts the shirt that I purchased from Defendants' store.

12.    On June 14, 2008, I visited Defendants' Christian Audigier Store in New York. While at the store, I personally purchased a shirt with the knife and rose design. The SKU number for this shirt is B8CBFDSK, and called "Sugar Skull." Attached hereto as **Exhibit J** is a

true and correct copy of the receipt from the purchase of Defendants' shirt, a photograph I took of Defendants' shirt, and a picture of Plaintiff's registered knife and rose design directly adjacent to a close-up photograph I took of Defendants' knife and rose design as it appears on Defendants' T-shirts. I personally took the photographs of Defendants' shirt on July 31, 2008 and declare that each photograph truthfully and accurately depicts the shirt that I purchased from Defendants' store.

13.    On June 14, 2008, I visited Defendants' Christian Audigier Store in New York. While at the store, I personally purchased a shirt with the skull design. The SKU number for this shirt is B8CBFDSK, and called "Sugar Skull." Again, on July 26, 2008, over a month after the commencement of this action, I visited Defendants' Christian Audigier Store in New York. While at the store, I personally purchased a different shirt with the skull design. The SKU number for this shirt is B8CBADHJ, and called "6M S/S Tee HJ." Attached hereto as **Exhibit K** are true and correct copies of the receipts from the purchase of Defendants' shirts, photographs I took of Defendants' shirts, and a picture of Plaintiff's registered skull design directly adjacent to a close-up photograph I took of Defendants' skull designs as they appear on Defendants' T-shirts. Attached hereto as **Exhibit L** is a true and correct copy of a picture of the rose from Plaintiff's knife and rose design directly adjacent to a close up photograph I took of the eyes from Defendants' skull design as it appears on Defendants' T-Shirts. I personally took the photographs of Defendants' shirts on July 31, 2008 and declare that each photograph truthfully and accurately depicts the shirts that I purchased from Defendants' store.

14.    On July 28, 2008, I visited Defendants' website www.christianaudigier.com, and I noticed that Defendant had added two new styles of shirts with the eagle design. Attached hereto

as **Exhibit M** are true and correct copies of screenshots I took from the website depicting these shirts.

15.    On July 17, 2008, after David Bollt's deposition, I visited Defendants' website www.christianaudigier.com, and I noticed that Defendant had added two new styles of shirts with the skull design. Attached hereto as **Exhibit N** are true and correct copies of screenshots I took from the website depicting these shirts.

16.    On July 26, 2008, over a month after the commencement of this action, I visited Defendants' Christian Audigier Store in New York. While at the store, I personally purchased a different shirt with a tiger design. The SKU number for this shirt is, B8YBBCTF, and called "S/S Multi DipDye RS TF." I believed the tiger design looked substantially similar to the tiger design Defendants downloaded from Plaintiff's website on December 11, 2007. Plaintiff has a registered copyright in the tiger design (Registration No.: VA 1-636-895, *"Tattoo Johnny White Bengal Tiger 1"*).    Attached hereto as **Exhibit O** is a true and correct copy of the receipt from the purchase of Defendants' shirt, a photograph I took of Defendants' shirt, a picture of Plaintiff's registered tiger design directly adjacent to a close-up photograph I took of Defendants' tiger design as it appears on Defendants' T-shirts, and a photograph I took of Defendants' store window with the tiger t-shirt on display. I personally took the photographs of Defendants' shirt on July 31, 2008 and declare that each photograph truthfully and accurately depicts the shirt that I purchased from Defendants' store. I personally took the photographs of Defendants' store window on July 26, 2008 and declare that the photograph truthfully and accurately depicts Defendants' store window on that day.

17.    On    June    6,    2008,    I    personally    visited    Defendants'    website, www.christianaudigier.com, and found several shirts with designs of eagles, skulls and knives.

Attached hereto as **Exhibit P** are true and correct copies of screenshots I took from Defendants' website depicting these shirts.

18. On June 15, 2008, I personally visited Defendants' Christian Audigier store in New York. I saw that the window display had shirts depicting an eagle, skulls, and knives. Attached hereto as **Exhibit Q** are true and correct copies of photographs I took of Defendants' store window on that date. I personally took the photographs of Defendants' store window on June 15, 2008 and declare that the photograph truthfully and accurately depicts Defendants' store window on that day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/1/08___

Jonas M. Seider

# EXHIBIT A

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____

EFFECTIVE DATE OF REGISTRATION

Month ___ Day ___ Year ___

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Tattoo Johnny Eagle

NATURE OF THIS WORK ▼ See instructions

Digital Design

Previous or Alternative Titles ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

**2**

NAME OF AUTHOR ▼

Tattoo Johnny, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in New Jersey

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3**

Year in Which Creation of This Work Was Completed
2007
This information must be given Year In all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month December Day 5 Year 2007
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Tattoo Johnny, Inc.
110 Winchester Ct.
Fairburn GA 30213

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.   · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| | EXAMINED BY | FORM VA |
|---|---|---|
| | CHECKED BY | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jonas Seider, Esq.
OlenderFeldman LLP
2840 Morris Ave.
Union, NJ 07083

Area code and daytime telephone number    ( 908 ) 964-2424    Fax number    ( 908 ) 810-9931

Email    jseider@olenderfeldman.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    Tattoo Johnny, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jonas Seider    Date 7/28/08

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address: | Name ▼ Jonas Seider | **YOU MUST:** • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 2840 Morris Ave. | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| | City/State/Zip ▼ Union, NJ 07083 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA – Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper    U.S. Government Printing Office: 2004-320-958/60,125

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

Tattoo Johnny  Knife & Rose

NATURE OF THIS WORK ▼ See instructions

Digital Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

NAME OF AUTHOR ▼

Tattoo Johnny, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in   New Jersey

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

Year in Which Creation of This Work Was Completed
2007
Year In all cases.
This information must be given ONLY if this work has been published.

Date and Nation of First Publication of This Particular Work
Month December   Day 5   Year 2007
Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Tattoo Johnny, Inc.
110 Winchester Ct.
Fairburn GA 30213

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**        **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jonas Seider, Esq.
OlenderFeldman LLP
2840 Morris Ave.
*Union NJ 07083*

Area code and daytime telephone number  ( 908 ) 964-2424        Fax number   ( 908 ) 810-6631

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tattoo Johnny, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jonas Seider        Date  7/9/08

**Handwritten signature (X) ▼**

X

| Certificate will be mailed in window envelope to this address: | Name ▼ Jonas Seider |
| | Number/Street/Apt ▼ 2840 Morris Ave. |
| | City/State/ZIP ▼ Union, NJ 07083 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full  Rev 07/2006  Print 07/2006—30,000  Printed on recycled paper        U.S. Government Printing Office: 2004-330-958/60,125

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov or write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA                    VAU
EFFECTIVE DATE OF REGISTRATION

_____

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Tattoo Johnny  Skull Rose on Top

**NATURE OF THIS WORK ▼** See Instructions

Digital Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**NAME OF AUTHOR ▼**

Tattoo Johnny, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _New Jersey_

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes   ☒ No
Pseudonymous?  ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork         ☐ Photograph     ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph     ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2007
Year In all cases.
This Information must be given

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _December_  Day _5_  Year _2007_
_____ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Tattoo Johnny, Inc.
110 Winchester Ct.
Fairburn GA 30213

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  | EXAMINED BY | FORM VA |
|---|---|---|
|  | CHECKED BY |  |
|  | ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jonas Seider, Esq.
OlenderFeldman LLP
2840 Morris Ave.
Union, NJ 07083
Area code and daytime telephone number    ( 908 ) 964-2424          Fax number    ( 908 ) 810-6631

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Tattoo Johnny, Inc.**
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

*Jonas Seider*          Date  *7/29/08*

Handwritten signature (X) ▼

X

| | | |
|---|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>Jonas Seider | • YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|  | **Number/Street/Apt** ▼<br>2840 Morris Ave. | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material |
|  | **City/State/ZIP** ▼<br>Union, NJ 07083 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA – Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2004-330-958/159,126

# EXHIBIT B

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_____
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
Tattoo Johnny Eagle

**Registration Number of the Basic Registration ▼**
VA 1-633-383

**Year of Basic Registration ▼**
2008

**Name(s) of Author(s) ▼**
Tattoo Johnny, Inc.

**Name(s) of Copyright Claimant(s) ▼**
Tattoo Johnny, Inc.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 4 _____ Line Heading or Description Date of 1st Publication

**Incorrect Information as It Appears in Basic Registration ▼**

December 5, 2007

**Corrected Information ▼**

May 16, 2007

**Explanation of Correction ▼**

The initial date of first publication was a mistake.

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____ Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| | FORM CA |
|---|---|
| FORM CA RECEIVED | |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES  ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( __954__ ) __699-3833__          Fax ( __908__ ) __810-6631__          Email __jonas.seider@gmail.com__

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ____

Account Number ____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant     ☐ owner of exclusive right(s)
☑ duly authorized agent of __Tattoo Johnny, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  __Jonas Seider__          Date ▼ __June 25, 2008__

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Jonas Seider, Esq. |
|---|---|
| | Number/Street/Apt ▼  182 East 95th St. Apt. 2K |
| | City/State/ZIP ▼  New York, New York 10128 |

**• YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼
Tattoo Johnny Knife & Rose

Registration Number of the Basic Registration ▼
VA 1-633-384

Year of Basic Registration ▼
2008

Name(s) of Author(s) ▼
Tattoo Johnny, Inc.

Name(s) of Copyright Claimant(s) ▼
Tattoo Johnny, Inc.

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  4                    Line Heading or Description  Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼

December 5, 2007

Corrected Information ▼

May 16, 2007

Explanation of Correction ▼

The initial date of first publication was a mistake.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of_____ pages

| FORM CA RECEIVED | FORM CA |
| --- | --- |

| FUNDS RECEIVED DATE | |

| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- |
| CORRESPONDENCE ▢ | |

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ▢ YES  ▢ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ▢ Part B or ▢ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone (__954__) 699-3833 _____  Fax (__908__) 810-6631 _____  Email _Jonas.seider@gmail.com_

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

▢ author              ▢ owner of exclusive right(s)
▢ other copyright claimant   ☑ duly authorized agent of __Tattoo Johnny, Inc.__
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼    Jonas Seider            Date ▼  June 25, 2008

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Jonas Seider, Esq.

Number/Street/Apt ▼
182 East 95th St. Apt. 2K

City/State/ZIP ▼
New York, New York 10128

**• YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev. 07/2006  Print: 07/2006— ··,000  Printed on recycled paper            U.S. Government Printing Office: 2006-···-··/··,···

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
Tattoo Johnny Skull Rose on Top

Registration Number of the Basic Registration ▼
VA 1-633-385

Year of Basic Registration ▼
2008

Name(s) of Author(s) ▼
Tattoo Johnny, Inc.

Name(s) of Copyright Claimant(s) ▼
Tattoo Johnny, Inc.

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description _____ Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼

December 5, 2007

Corrected Information ▼

May 16, 2007

Explanation of Correction ▼

The initial date of first publication was a mistake.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES  ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 954 ) 699-3833          Fax ( 908 ) 810-6631          Email jonas.seider@gmail.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant     ☐ owner of exclusive right(s)
☑ duly authorized agent of   Tattoo Johnny, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Jonas Seider

Date ▼  June 25, 2008

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Jonas Seider, Esq. | **YOU MUST:** · Complete all necessary spaces · Sign your application in Space F **SEND ALL ELEMENTS IN THE SAME PACKAGE:** |
|---|---|---|
| | Number/Street/Apt ▼  182 East 95th St. Apt. 2K | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼  New York, New York 10128 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev:07/2006   Print: 07/2006—··,000   Printed on recycled paper

# EXHIBIT C

1

1       UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
2       DOCKET NO. 08-cv-5572 LP

3

4   TATTOO JOHNNY, INC.,                )   COPY
                                        )
5                   Plaintiff,          )
                                        )
6       -vs-                            )   DEPOSITION OF:
                                        )
7   CHRISTIAN AUDIGIER, INC., SHOP      )   DAVID BOLLT
    ON STAGE, INC., CHRISTIAN           )
8   AUDIGIER, TY BOWERS, MACY'S         )
    INC., BLOOMINGDALE'S, INC.,         )
9   NORDSTROM, INC., VANGUARD           )
    APPAREL LIMITED, JOHN DOES          )
10  1-100, inclusive,

11                  Defendants.

12

13   _____

14

15          TRANSCRIPT of the stenographic notes of

16   the proceedings in the above-entitled matter, as

17   taken by and before LINDA M. HOFFMANN, a Certified

18   Court Reporter and Notary Public of the State of New

19   Jersey, held at the office of OLENDER FELDMAN, ESQS.,

20   2840 Morris Avenue, Union, New Jersey, on Thursday,

21   July 17, 2008, commencing at 10:15 a.m.

22

23

24

25

42

1   render with the tattoo machine.

2        Q.    Does Tattoo Johnny have any specific

3   standards that they have in place for Andrea and Ale;

4   anything specific to them?

5             MR. SEIDER:   Objection to form.  I don't

6   understand the question.  I'm sorry.

7             MR. LaCAVA:   Okay.  The question is not

8   to you.

9             MR. SEIDER:   I know, I know.  That's why

10  I'm objecting to the form.

11       A.    We have very high expectations for

12  Andrea and Ale.  They're excellent, hard-working

13  artists.

14       Q.    Anything specific in writing, procedures

15  that they're supposed to follow?

16       A.    They understand -- Andrea and Ale have

17  been particularly keen in understanding what makes a

18  quality tattoo design, from both a technical aspect

19  and from an aesthetic aspect.  They're some of our

20  favorite artists, so they've been explained the

21  process, and I believe it was reflected in some of

22  the documents that we had made available as to the

23  process, how in the early stages with them, we

24  art-directed them through what our expectations were

25  and explained to them what we needed from the line

43

1   art, and how things need to look, and how the pages
2   should appear full so as to be desirable product.
3   And so, yes, they have some specific, I guess, rules
4   and standards they need to live up to.
5           Q.      Is there any sort of general sort of
6   document, or set of written rules somewhere that
7   Tattoo Johnny makes available to any artist that they
8   can follow for submitting artwork?
9           A.      We do have a set -- we do have tattoo
10  design guidelines that we've prepared.  And some of
11  that was a result of going through this process with
12  a lot of specific artists, as we did with Andrea and
13  Ale, so that we would then have a document that would
14  be a little more convenient that we would make
15  available.
16          Q.      But as far as you know, there's nothing
17  specific written for Andrea and Ale as far as
18  procedures go?
19          A.      There was specific written communication
20  between us, but there wasn't a pre-prepared document.
21  There was communication based on questions and
22  answers.
23          Q.      Okay.  How about with Damien Friesz?
24          A.      Damien Friesz is a -- a very
25  hard-working professional tattoo artist who knows the

44

1  business very well.  He's highly creative, and Damien

2  follows his own artistic impulses and always

3  impresses us, so we haven't had to, or wanted to,

4  impose any specific requirements on him, except to

5  occasionally suggest to him subject matter that our

6  customers would find desirable.

7      Q.    Okay.  How does Tattoo Johnny know that

8  the designs that are submitted by any artist are

9  original?

10     A.    Well, you know, we -- we don't always

11  know that.  And we have on occasion not worked with

12  artists who have submitted work that we thought was

13  questionable.  But of the artists we work with, we

14  have a lot of faith that it's all original content.

15  We know the tattoo industry very well.  We know what

16  everybody's producing across the board, and you know,

17  we also keep an eye on other popular culture, so we

18  see what comes through.  And if anything ever looks

19  questionable, the artist we won't work with.

20     Q.    Does Tattoo Johnny review designs before

21  they're actually uploaded?

22     A.    Yes.

23     Q.    Okay.  And can you describe for me a

24  little more that review process?

25     A.    Yeah.  You know, the designs all have to

45

1   be keyworded for search.  And this is when they're --

2   you know, sort of the last step of quality control to

3   make sure the line art looks good, and to make sure

4   even the files upload into the system properly so

5   that the customer isn't going to get some buggy JPEG,

6   that they get a clean usable English file, and they

7   get tagged with keywords and approved for download.

8           Q.      When they're approved for download, you

9   said sometimes you look for questionable designs?

10          A.      Not so much in that process.  When

11  artists submit their work to us, you know, we're

12  looking for unique talent.  We're looking for artists

13  that bring something special to the table, and so we

14  receive far more submissions than we could ever put

15  in the website, and so we are sifting through what

16  comes in, looking for people who have their own

17  natural ability to generate original content.  Those

18  are the only people we have any interest in working

19  with.  So if somebody appears to be submitting

20  designs that are not -- that are not original, or if

21  they're derivative, then we're not really interested.

22  Those aren't the people we work with.  We basically

23  kind of like to believe we represent the cream of the

24  crop out there.

25          Q.      How would you know that any particular

46

1    design was not original or derivative?

2         A.    Well, it's certainly possible that a

3    specific design could slip through.  We've certainly

4    stopped -- not all the artists understand, so we have

5    had an artist submit artwork that maybe he did a

6    Superman logo, because, you know, in his tattoo

7    studio, he might tattoo that on somebody.  That's not

8    our concern.  But when it comes in to Tattoo Johnny,

9    if we see anything like that, we explain to them why

10   we can't use that.

11        Q.    Okay.  Has Tattoo Johnny ever received

12   any complaint from any artist that a piece of artwork

13   available, or a tattoo design available has been

14   copied from them?

15        A.    No.

16        Q.    Other than the documents that you

17   provided to us, that Tattoo Johnny provided to

18   defendants, do you have any other records that

19   indicate the efforts that we're going through to

20   develop these designs?

21        A.    Not other than what was provided, no.

22        Q.    Okay.  Let's turn back to the eagle

23   here.

24              You said that this was designed by

25   Andrea and Ale.  Is that correct?

78

1   tattoo, I would imagine so.

2        Q.    Okay.  How about to anyone -- strike

3   that.

4             Has Tattoo Johnny licensed any of the

5   copyrights in suit for use on T-shirts?

6        A.    You know, that's a bit of a debate.  The

7   eagle is certainly an image we had every intention of

8   using on T-shirts.  And we don't want to be accused

9   of plagiarism, so I'm not sure what's going to happen

10  with that.

11       Q.    Can you describe for me what you meant

12  by you intended on using?  You intended on using the

13  eagle on T-shirts?

14       A.    Absolutely.  It's perfect for T-shirts.

15       Q.    Okay.  Did you actually have any license

16  agreements with any entity for placing the eagle on a

17  T-shirt?

18       A.    We art direct a lot of our licenses, so

19  they don't necessarily come in with specific requests

20  for specific work.  People look to Tattoo Johnny if

21  they're going to do a line of T-shirts to art direct

22  the line of T-shirts, because we know our inventory

23  and we know our artists, and we know what sells.  So

24  with a T-shirt license, for example, we're going to

25  go through our artwork and hand pick our favorite

90

1  it was to perhaps come up with artwork themselves.
2  And so this was just to let him know that we would be
3  contacting through channels -- if I don't hear from
4  you, I was trying to let them know diplomatically
5  that I would be contacting the company, and that this
6  was going to be a discussion that we need to make
7  sure was pursued.
8       Q.    Okay.  So then you did speak to him on
9  the phone?
10      A.    I absolutely spoke to him on the phone.
11      Q.    And what did he tell you?
12      A.    He told me first that he assumed that --
13 at first he was very defensive, and he said, "Well,
14 if I bought it, can't I use it for whatever I want?"
15           I get the impression, you know, he was
16 under the impression that when you buy something, you
17 could use it.  Perhaps like you buy a record album,
18 people are under the impression that they could
19 resell it.
20           We see that a lot in tattoo with our
21 published designs.  People will buy a set of designs
22 from us and they'll say, "Well, I bought it," and
23 then they want to copy it and sell it to other people
24 and they think they can do that because they think
25 they own it.  You know, there's a lot of nuance to

106

1      Q.    Okay.  The skull that's in the middle

2   there, does that appear, from what you can make of

3   the image, to be the skull design?

4      A.    It appears to be, yes.

5      Q.    Okay.  Did Tattoo Johnny give KingPin

6   Tattoo Supply a license to sell these designs?

7      A.    No.

8      Q.    Did Tattoo Johnny give a license to

9   Damien Friesz to sell these designs?

10     A.    Give Damien Friesz a license?  With

11  almost all of our artists, we do have an

12  understanding that they're allowed to sell their own

13  work.

14     Q.    Would that be written at all in the

15  assignment agreement with Damien Friesz?

16     A.    No.

17     Q.    It's a verbal understanding?

18     A.    Yeah.

19     Q.    This website seems to indicate that this

20  skull flash set was available in 2006.  Do you have

21  any reason to believe that that is incorrect?

22     A.    No.

23     Q.    Is it possible that Damien Friesz

24  created this skull design in 2006 and has been

25  selling it since then?

107

1           A.      Certainly.

2           Q.      Okay.

3                   (Exhibit Bollt 10, KingPin Tattoo

4    Supply, Damien Friesz Roses Flash Set # 1, 2 pages

5    was received and marked for identification.)

6           Q.      This is another printout, screenshot

7    from KingPin Tattoo Supply.  And it's titled "Damien

8    Friesz Roses Flash Set Number 1."

9                   Have you ever seen this website before?

10          A.      No.

11          Q.      Did -- if you look at the five panels of

12   tattoo designs that are here, the bottom left-hand

13   corner, does the center design appear to be the knife

14   and rose design that's the subject of this

15   litigation?

16          A.      Yes, it does.

17          Q.      Did Tattoo Johnny give KingPin Tattoo

18   Supply a license to sell this design?

19          A.      No.

20          Q.      Did Tattoo Johnny give Damien Friesz a

21   license to sell this design?

22          A.      We have a verbal understanding with most

23   of our artists that they have the right to continue

24   selling their own work.

25          Q.      Okay.  To the best of your knowledge,

44

1   business very well.  He's highly creative, and Damien

2   follows his own artistic impulses and always

3   impresses us, so we haven't had to, or wanted to,

4   impose any specific requirements on him, except to

5   occasionally suggest to him subject matter that our

6   customers would find desirable.

7           Q.    Okay.  How does Tattoo Johnny know that

8   the designs that are submitted by any artist are

9   original?

10          A.    Well, you know, we -- we don't always

11  know that.  And we have on occasion not worked with

12  artists who have submitted work that we thought was

13  questionable.  But of the artists we work with, we

14  have a lot of faith that it's all original content.

15  We know the tattoo industry very well.  We know what

16  everybody's producing across the board, and you know,

17  we also keep an eye on other popular culture, so we

18  see what comes through.  And if anything ever looks

19  questionable, the artist we won't work with.

20          Q.    Does Tattoo Johnny review designs before

21  they're actually uploaded?

22          A.    Yes.

23          Q.    Okay.  And can you describe for me a

24  little more that review process?

25          A.    Yeah.  You know, the designs all have to

45

1   be keyworded for search.  And this is when they're --
2   you know, sort of the last step of quality control to
3   make sure the line art looks good, and to make sure
4   even the files upload into the system properly so
5   that the customer isn't going to get some buggy JPEG,
6   that they get a clean usable English file, and they
7   get tagged with keywords and approved for download.
8        Q.    When they're approved for download, you
9   said sometimes you look for questionable designs?
10       A.    Not so much in that process.  When
11  artists submit their work to us, you know, we're
12  looking for unique talent.  We're looking for artists
13  that bring something special to the table, and so we
14  receive far more submissions than we could ever put
15  in the website, and so we are sifting through what
16  comes in, looking for people who have their own
17  natural ability to generate original content.  Those
18  are the only people we have any interest in working
19  with.  So if somebody appears to be submitting
20  designs that are not -- that are not original, or if
21  they're derivative, then we're not really interested.
22  Those aren't the people we work with.  We basically
23  kind of like to believe we represent the cream of the
24  crop out there.
25       Q.    How would you know that any particular

46

1  design was not original or derivative?

2      A.      Well, it's certainly possible that a

3  specific design could slip through.  We've certainly

4  stopped -- not all the artists understand, so we have

5  had an artist submit artwork that maybe he did a

6  Superman logo, because, you know, in his tattoo

7  studio, he might tattoo that on somebody.  That's not

8  our concern.  But when it comes in to Tattoo Johnny,

9  if we see anything like that, we explain to them why

10 we can't use that.

11     Q.      Okay.  Has Tattoo Johnny ever received

12 any complaint from any artist that a piece of artwork

13 available, or a tattoo design available has been

14 copied from them?

15     A.      No.

16     Q.      Other than the documents that you

17 provided to us, that Tattoo Johnny provided to

18 defendants, do you have any other records that

19 indicate the efforts that we're going through to

20 develop these designs?

21     A.      Not other than what was provided, no.

22     Q.      Okay.  Let's turn back to the eagle

23 here.

24             You said that this was designed by

25 Andrea and Ale.  Is that correct?

78

1   tattoo, I would imagine so.

2         Q.    Okay.  How about to anyone -- strike
3   that.

4               Has Tattoo Johnny licensed any of the
5   copyrights in suit for use on T-shirts?

6         A.    You know, that's a bit of a debate.  The
7   eagle is certainly an image we had every intention of
8   using on T-shirts.  And we don't want to be accused
9   of plagiarism, so I'm not sure what's going to happen
10  with that.

11        Q.    Can you describe for me what you meant
12  by you intended on using?  You intended on using the
13  eagle on T-shirts?

14        A.    Absolutely.  It's perfect for T-shirts.

15        Q.    Okay.  Did you actually have any license
16  agreements with any entity for placing the eagle on a
17  T-shirt?

18        A.    We art direct a lot of our licenses, so
19  they don't necessarily come in with specific requests
20  for specific work.  People look to Tattoo Johnny if
21  they're going to do a line of T-shirts to art direct
22  the line of T-shirts, because we know our inventory
23  and we know our artists, and we know what sells.  So
24  with a T-shirt license, for example, we're going to
25  go through our artwork and hand pick our favorite

90

1    it was to perhaps come up with artwork themselves.
2    And so this was just to let him know that we would be
3    contacting through channels -- if I don't hear from
4    you, I was trying to let them know diplomatically
5    that I would be contacting the company, and that this
6    was going to be a discussion that we need to make
7    sure was pursued.

8         Q.    Okay.  So then you did speak to him on
9    the phone?

10        A.    I absolutely spoke to him on the phone.

11        Q.    And what did he tell you?

12        A.    He told me first that he assumed that --
13   at first he was very defensive, and he said, "Well,
14   if I bought it, can't I use it for whatever I want?"

15             I get the impression, you know, he was
16   under the impression that when you buy something, you
17   could use it.  Perhaps like you buy a record album,
18   people are under the impression that they could
19   resell it.

20             We see that a lot in tattoo with our
21   published designs.  People will buy a set of designs
22   from us and they'll say, "Well, I bought it," and
23   then they want to copy it and sell it to other people
24   and they think they can do that because they think
25   they own it.  You know, there's a lot of nuance to

106

1        Q.      Okay.   The skull that's in the middle
2    there, does that appear, from what you can make of
3    the image, to be the skull design?
4        A.      It appears to be, yes.
5        Q.      Okay.   Did Tattoo Johnny give KingPin
6    Tattoo Supply a license to sell these designs?
7        A.      No.
8        Q.      Did Tattoo Johnny give a license to
9    Damien Friesz to sell these designs?
10       A.      Give Damien Friesz a license?  With
11   almost all of our artists, we do have an
12   understanding that they're allowed to sell their own
13   work.
14       Q.      Would that be written at all in the
15   assignment agreement with Damien Friesz?
16       A.      No.
17       Q.      It's a verbal understanding?
18       A.      Yeah.
19       Q.      This website seems to indicate that this
20   skull flash set was available in 2006.  Do you have
21   any reason to believe that that is incorrect?
22       A.      No.
23       Q.      Is it possible that Damien Friesz
24   created this skull design in 2006 and has been
25   selling it since then?

107

1        A.      Certainly.

2        Q.      Okay.

3                (Exhibit Bollt 10, KingPin Tattoo

4    Supply, Damien Friesz Roses Flash Set # 1, 2 pages

5    was received and marked for identification.)

6        Q.      This is another printout, screenshot

7    from KingPin Tattoo Supply.  And it's titled "Damien

8    Friesz Roses Flash Set Number 1."

9                Have you ever seen this website before?

10       A.      No.

11       Q.      Did -- if you look at the five panels of

12   tattoo designs that are here, the bottom left-hand

13   corner, does the center design appear to be the knife

14   and rose design that's the subject of this

15   litigation?

16       A.      Yes, it does.

17       Q.      Did Tattoo Johnny give KingPin Tattoo

18   Supply a license to sell this design?

19       A.      No.

20       Q.      Did Tattoo Johnny give Damien Friesz a

21   license to sell this design?

22       A.      We have a verbal understanding with most

23   of our artists that they have the right to continue

24   selling their own work.

25       Q.      Okay.  To the best of your knowledge,

# EXHIBIT D



Master Licensing Agreement

This Master Licensing Agreement (this "Agreement") is made on this 19th day of May, 2008 ("Effective Date"), by and between Tattoo Johnny, Inc. a New Jersey Corporation ("Licensor"), whose address is 1510 Highway 74 N, #216, Tyrone, GA 30290 and BeeZeeTees, Inc. ("Licensee").

WHEREAS, Licensor is the owner and/or authorized licensor of certain designs described on Schedule A attached hereto (each a "Work" and collectively, the "Works"), all as more particularly set forth herein:

WHEREAS, Licensee desires an exclusive license with respect to the Works to be produced by Licensee on the products described on Schedule B (collectively, the "Goods");

WHEREAS, Licensee will be selling the Goods through approved retailers ("Retailers") throughout the United States, its territories and Canada (collectively, the "Territory"); and

WHEREAS, Licensee also desires to use Licensor's trademarks described on Schedule C attached hereto (the "Trademarks") on the Goods incorporating reproductions of the Works.

NOW, THEREFORE, in consideration of the mutual promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, agree as follows:

1. Grant of License. During the Term defined below, and provided that Licensee complies with all the terms and conditions hereof, Licensee shall have the exclusive right throughout the Territory to reproduce the Works on the Goods and to reproduce and use the Trademarks on such Goods incorporating reproductions of the Works (the "License"). However, in order to prevent public confusion, Licensee shall not distribute the Goods incorporating reproductions of the Works in such a manner as to cause the Goods to be sold outside the Territory. Any and all rights in and to the Works and Trademarks not expressly granted to Licensee are hereby reserved by Licensor.

2. The Term and Termination.

   (a)    *Term.*

   (b)    *Termination.*    **REDACTED**

      i.

REDACTED

      ii.

   (c)   *Effect of Termination.*

REDACTED

3. Artwork.

REDACTED

4. Distribution Channels.

REDACTED

5. Royalties/Other Payments.

REDACTED

REDACTED

6. Payment; Statements of Account; Books and Records.

:

(a)
(b)
(c)
(d)

REDACTED

7. Exclusivity.

(a) *Exclusivity for the Goods.*

REDACTED

(b) *Exclusivity Threshold.*

REDACTED

(c) *Non-exclusivity.*

8. Confidential Information.

REDACTED

9. Quality Control.

REDACTED

10. Branding.

REDACTED

11. Approval of Goods.

REDACTED

12. Marketing Commitment.

REDACTED

13. Insurance.

REDACTED

14. Representations and Warranties of Licensor.

   (a)

   (b)     REDACTED

   (c)

15. Disclaimer of Warranties.

          REDACTED

16. Acknowledgments by Licensee.

          REDACTED

17. Conditions.

          REDACTED

18. Indemnification.

   (a)

          REDACTED

(b)

REDACTED

19. Force Majeure.

REDACTED

20. Assignment.

21. **Intellectual Property Rights.** Licensee shall give prompt notice to Licensor of all actual or suspected violations of Licensors' rights in the Works and in the Trademarks occurring in the Territory. Thereafter, Licensor shall consult with Licensee regarding what measures, if any, should be undertaken to enforce Licensor's rights in the Territory. Licensor shall have the right to enforce throughout the Territory, in its own name or that of Licensee, all rights to the Works and Trademarks. In the event that Licensor decides not to pursue action against an alleged infringer, Licensee shall have the right to do so (at Licensee's sole cost and expense), unless pursuit of such an action would reasonably be expected to have a negative impact on Licensor's business (for example, suit against an important retail partner of Licensor). Licensor shall assist Licensee in any manner reasonably requested in any such action or proceeding. The expenses for such action or proceeding by Licensee will be borne exclusively by Licensee and any recovery shall be retained by Licensee; provided, however, in the event that the reason for such action or proceeding is due to Licensor's actions or breach of its representation or warranties, then the cost of such action or proceeding shall be paid for by Licensor.

22. Promotion.

23. Notices.      REDACTED

24. General Provisions.

    (a)    *Independent Contractor.*

REDACTED

    (b)    *Choice of Law.*

REDACTED

    (c)    *Successor Obligation.* This Agreement shall bind and inure to the benefit of the heirs, successors, assigns and personal representatives of the parties hereto.

    (d)    *Survivability.* Sections 2(c), 3, 5, 6, 8, 14, 15, 16, 18, 20 and 21 shall survive termination of this Agreement.

    (e)    *Enforceability.* If any term or provision of this Agreement is illegal or unenforceable, then, nonetheless, this Agreement shall remain in full force and effect and such term or provision shall be deemed deleted or curtailed to such extent as is necessary to make it legal or enforceable.

    (f)    *Entire Agreement.* This Agreement represents the complete understanding between the parties as to its subject matter and supersedes all prior understandings, if any, as to its subject matter.

    (g)    *Amendment.* No modification or amendment, nor any promise, waiver or representation (past, present or future) shall be valid or binding unless made in writing and signed by the party to be bound thereby.

    (h)    *Legal Representation.* Each party acknowledges that it has had an opportunity to consult with legal counsel of their choosing in the negotiation and execution of this Agreement.

    (i)    *Confidentialty of Agreement.* Except as required by law, both parties hereby agree to keep confidential the terms of this Agreement and this obligation shall survive the Term.

IN WITNESS WHEREOF, intending to be legally bound, the parties hereby execute this Agreement as of the Effective Date.

LICENSOR:                                    LICENSEE:

Tattoo Johnny, Inc.,                         Bee Zee Tees

By: _____                  By: _____

Name: _DAVID BOLT_                           Name: _____

Title: _OWNER_                               Title: _PRESIDENT_

<u>SCHEDULE A</u>
<u>(Works)</u>

<u>Tattoo Johnny branded artwork</u>

SCHEDULE B
(Goods)

Children's Apparel: Infant creepers (onesies), toddler
Adult Apparel: Mens, jrs. tees, sweats, and imprinted tops
Accessories: Stickers, decals, pens etc. (non-exclusive)

SCHEDULE C
(Trademarks)
©2007 Tattoo Johnny, Inc. all rights reserved.

SCHEDULE D
(Approved Channels)

REDACTED

# EXHIBIT E

COPYRIGHT ASSIGNMENT AND
WORK MADE FOR HIRE AGREEMENT

This Copyright Assignment and Work Made For Hire Agreement ("Agreement") is made this twenty-sixth day of February 2008 between Tattoo Johnny, Inc., a New Jersey corporation, with a principal place of business located at 1510 Highway 74N - #216, Tyrone, GA 30290 (the "Company"), and Andrea Alvarez ("Andrea") and Alejandro Alvarez ("Ale") (collectively Andrea and Ale shall be referred to as "Artists"). This Agreement applies to the Artists, whether or not under a written contract, including but not limited to whether as a (a) full-time, part-time and temporary employee; (b) independent contractor; (c) or consultant (the term "employment" shall refer to any services provided by Artists  to or on behalf of Company, irrespective of whether Artists are independent contractor or directly employed by Company; however, nothing in this Agreement shall be construed to create any employer/employee relationship with any individual or entity with the Company, no matter whether that person is considered an employee or a contractor).

       1.     **Ownership of Intellectual Property.** Artists agree that all Intellectual Property (as defined below) created by Artists and submitted to the Company, were created by Artists with the understanding that they be considered works made for hire under United States Copyright Act. For purposes of this Agreement, "Intellectual Property" shall refer to any and all works and designs created by Artists and submitted to Tattoo Johnny in any medium existing today or hereinafter created.   Artists acknowledge that all such Intellectual Property developed or conceived by Artists and submitted to Company, whether or not finalized or developed to a point of commercial marketability, whether made by Artists alone or jointly, shall be works made for hire under the United States Copyright Act, and as such, shall be the property of the Company from the date of their conception, whether or not patent or copyright applications are filed with respect thereto. To the extent that any Intellectual Property prepared by Artists and submitted to the Company is not considered works made for hire, Artists agrees to, and do hereby, irrevocably and unconditionally assign the copyright, patent or registered design, and all Intellectual Property and rights in it and them to the Company. Moreover, Artists will take whatever actions may be reasonably required of the Artists by the Company to vest ownership in the Company and to perfect such right (including the preparation and execution of patent, copyright or registered design applications with respect to Intellectual Property). Artists waive any and all rights in the Intellectual Property and assign such rights to the Company.

      2. **Warranties.** Artists warrant that he/she has the full right, power and authority to assign and transfer all of the Rights, title and interest in and to the Intellectual Property.

      3. Entire Agreement

      The parties agree that this Agreement is the complete and exclusive statement of agreement between the parties with respect to the subject matter hereof and supersedes and merges all prior understandings and all other agreements, whether oral or written.

      4. No Waiver

      No omission or delay by either party at any time to enforce any right or remedy reserved to it, or to require performance of any other terms, covenants or provisions under this Agreement shall be a waiver of any such right or remedy.

      5. Severability

      If any one or more provisions of this Agreement is declared invalid or unenforceable, the same shall not affect the validity or enforceability of any other provision of this Agreement if the essence of the parties' agreement is retained, and such invalid or unenforceable provision shall be limited or curtailed only to the extent necessary to make such provision valid and enforceable.

      6. **Facsimile Execution.** Facsimile signatures shall be deemed originals for the purposes of this Agreement, and it may be signed and enforced in counterparts.

      7. Survival

      The terms of Sections 1 and 2 will survive termination of this Agreement.

BY SIGNING BELOW ARTISTS REPRESENT THAT HE/SHE HAS READ THE FULL AND
COMPLETE TERMS OF THIS AGREEMENT AND AGREES TO BE BOUND BY SUCH TERMS.
ANY PERSON SIGNING ON BEHALF OF ANY BUSINESS ENTITY WARRANTS AND
REPRESENTS THAT HE/SHE HAS FULL AUTHORITY TO BIND THE ENTITY TO THIS
AGREEMENT BY HIS/HER SIGNATURE, WITHOUT FURTHER ACTION TAKEN BY THE
BUSINESS ENTITY.

TATTOO JOHNNY, INC./

Dated: 2/27/08                              By:

                                            Mark Nelson, President


                         ARTISTS:

Dated: _feb-26-2008

                         Print Name: Andrea Blanco    Andrea Blanco


Dated: _feb-26-2008

                         Print Name: Alejandro Alvarez    Alejandro Alvarez


2

EXHIBIT
Bollt 3
7/7/08/ 14

## Grant of Copyright Rights Agreement

This Grant of Copyright Rights Agreement ("Agreement") by and between Tattoo Johnny, Inc. ("Tattoo Johnny"), a New Jersey corporation with offices located at 1510 Highway 70 N, #216, Tyrone, GA 30290, and Damien Friest ("Grantor") memorializes Grantor's grant to Tattoo Johnny of certain copyright rights as set forth herein. The parties, intending to be legally bound, agree as follows:

WHEREAS, Grantor desired to, and did, grant his rights in and to the Work(s), as set forth herein, to Tattoo Johnny, and Tattoo Johnny desired to, and did, accept the grant of such rights to the Work(s) pursuant to the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the foregoing, and the respective covenants and agreements set forth herein, Grantor and Tattoo Johnny agree as follows, intending to be legally bound hereby:

### 1. Grant of Copyright Rights

All rights, title and interest, including, but not limited to, the right to republish in written or electronic format, reproduce, compile, modify, create derivative works from, distribute and display (the "Rights") in all written or textual materials, whether in print or in electronic format, all film or video of any form or format, diagrams, text (in whatever manner it is stored), graphics, and all documentation, as depicted in Exhibits A, B, C, D, and E hereto (hereinbefore and hereinafter the "Work(s)"), are and shall remain the sole and exclusive property of Tattoo Johnny or the property of such person/entity as is designated by Tattoo Johnny. These Rights include, but are not limited to, all rights under the federal copyright and trademark laws. Grantor agrees to take all reasonable steps, as requested by Tattoo Johnny and at Tattoo Johnny's expense, to perfect title in such Work(s).

### 2. Release

Grantor on his/her own behalf, and on behalf of all of Grantor's successors, assigns, agents, representatives and beneficiaries, do hereby release Tattoo Johnny and its successors, assigns, agents, representatives, officers, directors, employees and heirs from any and all Claims, as defined hereon, and causes of action of whatever nature, kind and description, whether or not heretofore known, suspected or asserted, accrued or unaccrued, contingent or otherwise, in federal or state law or equity or common law, arising out of or related to the Work(s) and the rights granted to Tattoo Johnny pursuant to this Agreement. As used herein, "Claim(s)" shall mean any demand, claim, suit, request for relief, action or forbearance of any kind, including but not limited to any harm, injury or damage or violation or need for remedy of any kind, and/or any other claim, demand, or cause of action, which arose or could have arose out of, or in any way was or is connected with the Work(s) or the rights granted to Tattoo Johnny pursuant to this Agreement. This releases all Claims, including those of which Grantor is not aware and those not mentioned in this Release. This Release applies to all Claims resulting from anything which has happened up to now.

### 3. Compensation

Grantor and Tattoo Johnny hereby agree that the parties will enter into a separate agreement specifying the adequate consideration for the assignment of the Work(s) granted herein.

### 4. Warranties

Grantor warrants that he/she has the full right, power and authority to assign and transfer all of the Rights, title and interest in and to the Work(s).

### 5. Entire Agreement

The parties agree that this Agreement is the complete and exclusive statement of agreement between the parties with respect to the subject matter hereof and supersedes and merges all prior understandings and all other agreements, whether oral or written.

### 6. No Waiver

No omission or delay by either party at any time to enforce any right or remedy reserved to it, or to require performance of any other terms, covenants or provisions under this Agreement shall be a waiver of any such right or remedy.

### 7. Severability

If any one or more provisions of this Agreement is declared invalid or unenforceable, the same shall not affect the validity or enforceability of any other provision of this Agreement if the essence of the parties' agreement is retained, and

such invalid or unenforceable provision shall be limited or curtailed only to the extent necessary to make such provision valid and enforceable.

**9. Survival**

The terms of Sections 1, 2, and 4 will survive termination of this Agreement.

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed as of the date specified above.

GRANTOR

By: _____
Name:   Damien Fraciz
Date:   2-29-08

Fantes Island, Inc.

By: _____
Name:   Mark Nelson
Title:   President
Date:   2/27/08

000014

2

EXHIBIT A



000015

EXHIBIT B



000016

EXHIBIT C



000017

EXHIBIT D



000018

EXHIBIT

Boll-4

7/17/06 CH

## Grant of Copyright Rights Agreement

This Grant of Copyright Rights Agreement ("Agreement") by and between Tattoo Johnny, Inc. ("Tattoo Johnny"), a New Jersey corporation with offices located at 1510 Highway 74 N, #216, Tyrone, GA 30290, and Damien Friesz ("Grantor") memorializes Grantor's grant to Tattoo Johnny of certain copyright rights as set forth herein. The parties, intending to be legally bound, agree as follows:

WHEREAS, Grantor desired to, and did, grant his rights in and to the Work(s), as set forth herein, to Tattoo Johnny, and Tattoo Johnny desired to, and did, accept the grant of such rights to the Work(s) pursuant to the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the foregoing, and the respective covenants and agreements set forth herein, Grantor and Tattoo Johnny agree as follows, intending to be legally bound hereby:

### 1. Grant of Copyright Rights

All rights, title and interest, including, but not limited to, the right to republish in written or electronic format, reproduce, compile, modify, create derivative works from, distribute and display (the "Rights") in all written or textual materials, whether in print or in electronic format, all film or video of any form or format, diagrams, text (in whatever manner it is stored), graphics, and all documentation, as depicted in Exhibits A, B, C, D, and E hereto (hereinbefore and hereinafter the "Work(s)"), are and shall remain the sole and exclusive property of Tattoo Johnny or the property of such person/entity as is designated by Tattoo Johnny. These Rights include, but are not limited to, all rights under the federal copyright and trademark laws. Grantor agrees to take all reasonable steps, as requested by Tattoo Johnny and at Tattoo Johnny's expense, to perfect title in such Work(s).

### 2. Release

Grantor on his/her own behalf, and on behalf of all of Grantor's successors, assigns, agents, representatives and beneficiaries, do hereby release Tattoo Johnny and its successors, assigns, agents, representatives, officers, directors, employees and heirs from any and all Claims, as defined hereon, and causes of action of whatever nature, kind and description, whether or not heretofore known, suspected or asserted, accrued or unac0crued, contingent or otherwise, in federal or state law or equity or common law, arising out of or related to the Work(s) and the rights granted to Tattoo Johnny pursuant to this Agreement. As used herein, "Claim(s)" shall mean any demand, claim, suit, request for relief, action or forbearance of any kind, including but not limited to any harm, injury or damage or violation or need for remedy of any kind, and/or any other claim, demand, or cause of action, which arose or could have arose out of, or in any way was or is connected with the Work(s) or the rights granted to Tattoo Johnny pursuant to this Agreement. This releases all Claims, including those of which Grantor is not aware and those not mentioned in this Release. This Release applies to all Claims resulting from anything which has happened up to now.

### 3. Compensation

Grantor and Tattoo Johnny hereby agree that the parties will enter into a separate agreement specifying the adequate consideration for the assignment of the Work(s) granted herein.

### 4. Warranties

Grantor warrants that he/she has the full right, power and authority to assign and transfer all of the Rights, title and interest in and to the Work(s).

### 5. Entire Agreement

The parties agree that this Agreement is the complete and exclusive statement of agreement between the parties with respect to the subject matter hereof and supersedes and merges all prior understandings and all other agreements, whether oral or written.

### 6. No Waiver

No omission or delay by either party at any time to enforce any right or remedy reserved to it, or to require performance of any other terms, covenants or provisions under this Agreement shall be a waiver of any such right or remedy.

### 7. Severability

If any one or more provisions of this Agreement is declared invalid or unenforceable, the same shall not affect the validity or enforceability of any other provision of this Agreement if the essence of the parties' agreement is retained, and

# EXHIBIT F







ws Internet Explorer
osstattoos.com/section5233.html
ibo.com
google

rites   Tools   Help

Find Result - 17 USCA § 401   VOSS Tattoo   ×

Internet
Untitled - Paint
Inbox - Microsoft Out...
Theorem -- theorem...
Tattoo johnny - Prop...
mpaa
Search Results
Federal Rules of Evid...
VOSS Tattoo - Windo...

Alien arts tattoo is located in the heart of beautiful historic downtown Savannah.

Alien arts is the oldest studio downtown offering full custom, unique, fine tattooing, and a huge assortment of ready made tattoo art to choose from.

Damien and artist Jimmy both strive to do the best work around and our history proves just that. Come see us and get the quality you deserve....

This year we are attending well over a dozen tattoo conventions around the world and will be travelling alot so check out our convention schedual.

Appointments can be made over the phone during hours of operation...
We are open ...
Monday and Thursday 2pm - 9 pm
Friday and Saturday 2pm - 11pm

design

TATTOOS SITE 2
BOOKS
CONCEPTS
TATTOOS SITE 1
TATTOO PRICES
TATTOO MACHINES
TATTOO STORE
TATTOO DATES
SHIRTS FOR SALE
LASER REMOVAL TATTOOS
COVERUPS AND REWORK
FINE ART
ASIAN TATTOOS
TATTOOS SITE 3

(c) 2006-2008 DAMIEN FRIESE

Conventions   Links   Dublin Award   Loyed areas



foundation   info   hella back   loved ones

**blackbirdwings**
my fine art site

**tattoo johnny**
huge flash art company, they have a bunch of my stuff available

**www.liquidskin.com**

**kingpin**
one of the great companies that carry my products...

**alienarstattoo.com**

**www.skinu.com**
tattoo designs for the public

**jimmy butchers site**

**evian tattoo convention**
um life goonna be so fun...omg...lol

**Indy fuck tattoo convention**
shot a man in reno.....

(c) 2006-2007 daniel freeze



biomech set 07
2007
acrylic
11by14
**$55**

55 bucks includes shipping in the us, for anywhere else add 5 more to the bill.ya heard

↑ Back to Tattoo flash for Sale
← Previous
→ Next

# EXHIBIT G



Google Image Search - Windows Internet Explorer

Esomar Orlando is Mickey Mouse a ...
290 x 500 - 45k - jpg
blog.livtopanels.com

Mickey Mouse Art Print
400 x 402 - 37k - jpg
www.allposters.com

Mickey Mouse-MickeyMouse
1024 x 768 - 217k - jpg
www.weblo.com
[ More from www.wallpaperbase.com ]

Mickey Mouse -
616 x 821 - 134k - jpg
disney-stationary.com
[ More from disney-stationary.com ]

Mickey Mouse Desktop Wallpaper
1280 x 960 - 863k - jpg
disney-desktop-wallpaper.com

... up your dining
www.howtodraw.ann

Mickey Mouse #2 ...
300 x 400 - 10k - jpg
www.masterpiecepumpkins.com

Mickey Mouse Gets a Makeover
400 x 326 - 29k - jpg
www.blavish.com

... Mr. Mickey Mouse ...
300 x 425 - 16k - jpg
www.freerepublic.com

Disney's 7-minute Mickey Mouse ...
400 x 300 - 27k - jpg
thisdayindisneyhistory.homestead.com

Mickey Mouse Clubhouse ... what a ...
250 x 287 - 25k - png
www.pepperspollywogs.com

Wallpaper of f
400 x 300
www.images

Mickey Mouse colouring pages
563 x 397 - 11k - gif
www.mogge.co.uk

Mickey Mouse Room
600 x 450 - 69k - jpg
www.floridavilla-us.com
[ More from www.floridavilla-us.com ]

Mickey Mouse House
383 x 500 - 30k
www.my-family-fun.com

Mickey Mouse
800 x 600 - 73k - jpg
www.wallpaperbase.com

... Mickey Mouse. and the hotel i ...
500 x 500 - 27k - jpg
cary.exctinglife.blogspot.com

Mickey Mou
616 x 821-
disne.stati

Goooooooooogle ▲
1 2 3 4 5 6 7 8 9 10   Next

New! Want to help improve Google Image Search? Try Google Image Labeler

mickey mouse

Search Images       Search the Web

# EXHIBIT H

www.christianaudigier.com/VIF-Eagle-Mens-s-S-S-All-Over-Print-Tee-in-Winter-p/l31-l32_b8cbadec.htm

# CHRISTIAN AUDIGIER
### THE LIFESTYLE

Bio    OUR STORES    CAMPAIGN

Home > Mens Clothing > Short Sleeves >
"VIF Eagle" Men's S/S All Over Print Tee in Winter White





**Windows Internet Explorer**

⚠ Sorry, our images are copyrighted.

OK

WOMENS
MENS
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Board Shorts
Wallets
Shoes
COUTURE
ACCESSORIES
NEW ARRIVALS
SALE

GO

AS SEEN IN

Our Price: $113.00

Product Code: L31-L32_B8CBADEC

Choose your options...

size: ① First, Select choose a size ▼

➤ Add to Cart    ➤ Add to Wish List

"VIF Eagle" Men's S/S All Over Print Tee in Winter White
⊕ Larger Photo    ✉ Email a Friend
Alternative Views:

# EXHIBIT L



Plaintiff's Rose

Defendants' Infringing Rose in Eye of Skull

# EXHIBIT M

VIF Eagle* Women's S/S Platinum Rhinestone Tee – Windows Internet Explorer

www.christianaudigier.com/VIF-Eagle-Women's-S-S-Platinum-Rhinestone-Tee-p/lm-v7_b9yobqec.htm

rites   Tools   Help

udgier "VIF Eagle* Women's S/S Platinum R...

# CHRISTIAN AUDIGIER

THE LIFESTYLE      Bio      OUR STORES      CAMPAIGN

Home > Womens Clothing > Tees >

NEW  "VIF Eagle" Women's S/S Platinum Rhinestone Tee in Green

**WOMENS**

Short Sleeve Tees
Long Sleeve Tees
Hoodies
Tanks
Dresses
Bottoms
Swimwear
Wallets
Shoes

**MENS**
**COUTURE**
**ACCESSORIES**
**NEW ARRIVALS**
**SALE**

GO




"VIF Eagle" Women's S/S Platinum Rhinestone Tee

🔍 Larger Photo    ✉ Email a Friend

Alternative Views:

Features

100% Cotton
Machine Wash
Made in the USA

Our Price: $107.00

Product Code: M-V7_B9YBBQEC

Choose your options...

size : ⓘ First, Select choose a size   ▼

Choose choose a size

▶ Add to Cart          ▶ Add to Wish List

"Geisha" Women's All Over
Print Tee Blue
Our Price: $165.00
Add ☐

"Panther" Women's All Over
Print Tee Blue
Our Price: $165.00
Add ☐

"Leopard" Women's Multi Print
Tee Winter White
Our Price: $143.00
Add ☐

"Forever" S/S Multi Print Tee
in Black
Our Price: $143.00
Add ☐

🌐 Internet

"VIF Eagle" Women's S/S Platinum Rhinestone Tee in Orange - Windows Internet Explorer

www.christianaudigier.com/VIF-Eagle-Women-s-S-S-Platinum-Rhinestone-Tee-in-p/t-l-i1_b8ybbqec.htm

orites   Tools   Help

udiger "VIF Eagle" Women's S/S Platinum R...

# CHRISTIAN AUDIGIER

THE LIFESTYLE    Bio    OUR STORES    CAMPAIGN

Home > Womens Clothing > Tees >

NEW  "VIF Eagle" Women's S/S Platinum Rhinestone Tee in Orange



"VIF Eagle" Women's S/S Platinum Rhinestone Tee in Orange

- Larger Photo    ✉ Email a Friend

Alternative Views:

100% Cotton
Machine Wash
Made in the USA

Our Price: $167.00

Product Code: L-I-I_B8YBBQEC

Choose your options...

size : ⦿ First, Select choose a size          ⌄

➤ Add to Cart    ➤ Add to Wish List

**WOMENS**

Short Sleeve Tees
Long Sleeve Tees
Hoodies
Tanks
Dresses
Bottoms
Swimwear
Wallets
Shoes

**MENS**
**COUTURE**
**ACCESSORIES**
**NEW ARRIVALS**
**SALE**

GO

Features



"Henna" Women's All Over Print Tee Blue
Our Price: $165.00
Add

"Heart Break" Women's Rhinestone Logo Tee Black
Our Price: $176.00
Add

"Blessed" Logo Rhinestone Tee Winter White
Sale Price: $105.60
Add

"Chalice" Women's All Over Print Tee Lavender
Sale Price: $132.99
Add

Christian Audigier "VIF Eagle" Women's S/S Platinum Rhinestone Tee in Orange - Windows Internet Explorer

http://www.christianaudigier.com/VIF-Eagle-Women's-S-S-Platinum-Rhinestone-Tee-in-p/lf-14_b8ybbqec.htm

File    Edit    View    Favorites    Tools    Help

Christian Audigier "VIF Eagle" Women's S/S Platinum R...

# CHRISTIAN AUDIGIER

THE LIFESTYLE    BIO    OUR STORES    CAMPAIGN

Home > Womens Clothing > Tees >

**NEW** "VIF Eagle" Women's S/S Platinum Rhinestone Tee in Orange



WOMENS
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Tanks
Dresses
Bottoms
Swimwear
Wallets
Shoes

MENS
COUTURE
ACCESSORIES
NEW ARRIVALS
SALE

GO



"VIF Eagle" Women's S/S Platinum Rhinestone Tee in Orange

⊙ Larger Photo    ✉ Email a Friend

Alternative Views:

Features

100% Cotton
Machine Wash
Made in the USA

**Our Price:** $176.00

*Product Code: L-14_B8YBBQEC*

Choose your options...

size : ⊙ First, Select:choose a size    ⌄

➤ Add to Cart    ➤ Add to Wish List

"Hanna" Women's All Over
Print Tee Blue
**Our Price:** $165.00
Add

"Heart Break" Women's
Rhinestone Logo Tee Black
**Our Price:** $176.00
Add

"Blessed" Logo Rhinestone
Tee Winter White
**Sale Price:** $105.60
Add



"Chalice" Women's All Over
Print Tee Lavender
**Sale Price:** $132.99
Add

# EXHIBIT I

**CHRISTIAN AUDIGIER**
273 LAFAYETTE ST.
NEW YORK, NY 10012
212-966-3300

4343310#
0810001013104

TERMINAL I.D.:

MERCHANT #:

SALE
BATCH: 000041
DATE: JUN 14, 08    INV: 1
TIME: 11:07:46
AUTH NO: 039523

TOTAL              $302.69

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CHRISTIAN AUDIGIER

***CUSTOMER COPY***

---

6/14/2008 11:12 AM    Sales Receipt #4802
Store  CAS

**Christian Audigier**
273 Lafayette street
NY, NY 10012

Bill To:
Jonas Seider

Cashier  Rachel

| Description 1 | Qty | Price | Ext Price |
|---|---|---|---|
| B8CBADEC WIW  M | 1 | $145.00 | $145.00 T |
| B8CBFDSK RED  M | 1 | $145.00 | $145.00 T |
| | | Subtotal | |
| Local Sales Tax | 4.375 % Tax | | |
| | **RECEIPT TOTAL:** | | **$302.69** |

Credit Card: $302.69
Visa

NO REFUNDS - ALL SALES FINAL.
STORE CREDIT & EXCHANGE WITHIN 14 DAYS
WITH RECEIPT AND TAG ATTACHED
IN ORIGINAL CONDITION.
STORE CREDIT VALID FOR ONE YEAR ONLY.



4802





Copyright 2007  TattooJohnny.com
Artwork by Andrea Alé

Plaintiff's Eagle



Defendants' Infringing Eagle

# EXHIBIT J

CHRISTIAN AUDIGIER
273 LAFAYETTE ST.
NEW YORK, NY 10012
212-966-3300

4343310

0810001013100

TERMINAL I.D.:

MERCHANT #:

VISA
SALE
BATCH: 00041
09 JUN 14, 08        TIME: 11:07:49
AUTH NO: 039523        INV: 1

TOTAL                    $302.69

CARDHOLDER

X_____
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CHRISTIAN AUDIGIER

***CUSTOMER COPY***

---

6/14/2008 11:12 AM        Sales Receipt #4802
Store  CAS

**Christian Audigier**
273 Lafayette street
NY, NY 10012

Bill To

        Jonas Seider

Cashier  Rachel

| Description 1 | Qty | Price | Ext Price |
|---|---|---|---|
| B8CBADEC | 1 | $145.00 | $145.00 T |
| W/W     M | | | |
| B8CBFDSK | 1 | $145.00 | $145.00 T |
| RED     M | | | |
| | | Subtotal | |
| | | | $302.69 |
| Local Sales Tax | 4.375 % Tax | | |
| | **RECEIPT TOTAL:** | | **$302.69** |

Credit Card: $302.69
Visa

NO REFUNDS - ALL SALES FINAL.
STORE CREDIT & EXCHANGE WITHIN 14 DAYS
WITH RECIEPT AND TAGS ATTACHED
IN ORIGINAL CONDITION.
STORE CREDIT VALID FOR ONE YEAR ONLY.



4802







Copyright 2007 TattooJohnny.com
Artwork by Damien Friesz

Plaintiff's Knife + Rose



Defendants' Infringing Knife + Rose

# EXHIBIT K

6/14/2008 11:12 AM          Sales Receipt #4802

Store: CAS

**Christian Audigier**
273 Lafayette street
NY, NY 10012

Bill To:

Jonas Seider

Cashier: Rachel

| Description 1 | Qty | Price | Ext Price |
|---|---|---|---|
| B8CBADEC | 1 | $145.00 | $145.00 T |
| W/W    M | | | |
| B8CBFDSK | 1 | $145.00 | $145.00 T |
| RED    M | | | |

Subtotal
Local Sales Tax    4.375 % Tax
**RECEIPT TOTAL:    $302.69**

Credit Card: $302.69
Visa

NO REFUNDS - ALL SALES FINAL.
STORE CREDIT & EXCHA____ WITHIN 14 DAYS
WITH RECIEPT AND ____ ATTACHED
IN ORIGINAL CONDITION.
STORE CREDIT VALID FOR ONE YEAR ONLY.

4802

---

CHRISTIAN AUDIGIER
273 LAFAYETTE ST.
NEW YORK, NY 10012
212-966-3300

4343310

0810000101310000

TERMINAL I.D.:

MERCHANT #:

SALE
BATCH: 000041          INV: 1
    FRI JUN 14, 08    TIME: 11:07:48
AUTH NO: 039523

TOTAL          $302.69



I AGREE TO PAY ABOVE TOTAL AMOUNT
    ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CHRISTIAN AUDIGIER

***CUSTOMER COPY***







Copyright 2007  TattooJohnny.com
Artwork by Damien Friesz

Plaintiff's Skull



Defendants' Infringing Skull

7/26/2008 8:04 PM          Sales Receipt #5852
Store: CAS

**Christian Audigier**
273 Lafayette street
NY, NY 10012

Bill To:
    Seider

Cashier: AMINE



| Description 1 | Qty | Price | Ext Price |
|---|---|---|---|
| B8CBADHJ | 1 | $145.00 | $145.00 T |
| BLK        M | | | |

|  | Subtotal: | $145.00 |
|---|---|---|
| Local Sales Tax | 4.375 % Tax: | + $6.34 |
|  | RECEIPT TOTAL: | $151.34 |

Credit Card: $151.34
MasterCard

NO REFUNDS - ALL SALES FINAL
STORE CREDIT & EXCHANGE WITHIN 14 DAYS
WITH RECIEPT AND TAGS ATTACHED
IN ORIGINAL CONDITION.
STORE CREDIT VALID FOR ONE YEAR ONLY.

5852

CHRISTIAN AUDIGIER
273 LAFAYETTE ST.
NEW YORK, NY 10012
212-966-3300

TERMINAL I.D.:                    43433102

MERCHANT #:              081000010131002

MASTERCARD

SALE
BATCH: 000083        INV: 31
DATE: JUL 26, 08      TIME: 19:55:20
AUTH NO: 00557B

TOTAL              $151.34

SEIDER

X_____
    I AGREE TO PAY ABOVE TOTAL AMOUNT
    ACCORDING TO CARD ISSUER AGREEMENT
    (MERCHANT AGREEMENT IF CREDIT VOUCHER)

        CHRISTIAN AUDIGIER

**✱✱✱CUSTOMER COPY✱✱✱**





Copyright 2007 TattooJohany.com
Artwork by Damien Friesz

Plaintiff's Skull



Defendant's Infringing Skull

# EXHIBIT N







# EXHIBIT O

CHRISTIAN AUDIGIER
273 LAFAYETTE ST.
NEW YORK, NY 10012
212-966-3300

TERMINAL I.D.:                    43433102

MERCHANT #:            081000010131002

MASTERCARD

SALE
BATCH: 000083        INV: 30
DATE: JUL 26, 08        TIME: 19:51:29
AUTH NO: 00529B

TOTAL                    $197.27

SEIDER

X _____
    I AGREE TO PAY ABOVE TOTAL AMOUNT
    ACCORDING TO CARD ISSUER AGREEMENT
    (MERCHANT AGREEMENT IF CREDIT VOUCHER)

CHRISTIAN AUDIGIER

***CUSTOMER COPY***

---

7/26/2008 8:00 PM          Sales Receipt #5851
Store: CAS

**Christian Audigier**
273 Lafayette street
NY, NY 10012

Bill To:
        Seider

Cashier: AMINE

| Description 1 | Qty | Price | Ext Price |
|---|---|---|---|
| ASSORTED | 1 | $189.00 | $189.00 T |
| ASSORTED ALL | | | |



|  | Subtotal: | $189.00 |
|---|---|---|
| Local Sales Tax | 4.375 % Tax: | + $8.27 |
| | RECEIPT TOTAL: | $197.27 |

Credit Card: $197.27
MasterCard

B8YBBCTF

NO REFUNDS - ALL SALES FINAL
STORE CREDIT & EXCHANGE WITHIN 14 DAYS
WITH RECIEPT AND TAGS ATTACHED
IN ORIGINAL CONDITION.
STORE CREDIT VALID FOR ONE YEAR ONLY.

5851







Copyright 2007  TattooJohnny.com
Artwork by Anibal

Plaintiff's Tiger



Defendants' Infringing Tiger



# EXHIBIT P

"VIF Eagle" Men's S/S All Over Print Tee in Black - Windows Internet Explorer

www.christianaudigier.com/VIF-Eagle-Men-s-S-S-All-Over-Print-Tee-in-Black-p/t5-t6_b6cbadec.htm







# CHRISTIAN AUDIGIER

THE LIFESTYLE    Bio    OUR STORIES    CAMPAIGN

Home > Mens Clothing > Short Sleeves >
"VIF Eagle" Men's S/S All Over Print Tee in Black

"VIF Eagle" Men's S/S All Over Print Tee in Black

Christian Audigier

- Larger Photo
- Email a Friend

Alternative Views:

Product Code: T5-T6_B6CBADEC

Our Price: $148.00
100%
Machine Wash
Made in USA

Choose your options...

size : First Select choose a size

> Add to Cart    > Add to Wish List

WOMENS
MENS
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Shoes
Wallets
COUTURE
ACCESSORIES

Search         GO



File   Edit   View   Favorites   Tools   Help

Search
GO

WOMENS
MENS
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Wallets
Shoes
COUTURE
ACCESSORIES



# CHRISTIAN AUDIGIER

THE LIFESTYLE     Bio     OUR STORES     CAMPAIGN

Home > Mens Clothing > Short Sleeves >
"VIF Eagle" Men's S/S All Over Print Tee in Winter White

Product Code: L31-L32_B8CBADEC

Our Price: $...

100% Cotton
Machine Wash
Made in USA

Choose your options...

Size: First, Select choose a size

► Add to Cart          ► Add to Wish List

"VIF Eagle" Men's S/S All Over Print Tee in Winter White
Larger Photo
Email a Friend
Alternative Views:











'VIF Eagle" Men's S/S All Over Print Tee in Winter White - Windows Internet Explorer

www.christianaudigier.com/VIF-Eagle-Mens-S-S-All-Over-Print-Tee-in-Winter-p/l31-l32_b8cbadec.htm

sbianaudigier 'VIF Ea... × | Welcome to Tabbed Browsing

crits   Tools   Help

WOMENS
MENS
   Short Sleeve Tees
   Long Sleeve Tees
   Hoodies
   Wallets
   Shoes
COUTURE
ACCESSORIES

Search [          ] GO



# CHRISTIAN AUDIGIER

THE LIFESTYLE    BIO    OUR STORES    CAMPAIGN

Home > Mens Clothing > Short Sleeves >
"VIF Eagle" Men's S/S All Over Print Tee in Winter White

Product Code: L31-L32_B8CBADEC

**Our Price:** $145.00

100% Cotton
Machine Wash
Made in USA

size : ① First Select choose a size

Choose your options...

▼ Add to Cart    ▼ Add to Wish List



"VIF Eagle" Men's S/S All Over Print Tee in Winter White

📷 Larger Photo    ✉ Email a Friend

Alternative Views:




www.christianaudiger.com/Vif-Eagle-Womens-s-S-Dip-Dye-Rhinestone-Tee-in-p/lm-63_b6jvbbuec.htm

# CHRISTIAN AUDIGIER

THE LIFESTYLE    BIO    OUR STORES    CAMPAIGN

Home > Womens Clothing > Tees >

"VIF Eagle" Women's S/S Dip Dye Rhinestone Tee in Orange

**WOMENS**
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Tanks
Dresses
Bottoms
Swimwear
Wallets
Shoes
**MENS**
**COUTURE**
**ACCESSORIES**

Search [          ] GO



"VIF Eagle" Women's S/S Dip Dye Rhinestone Tee in Orange

Alternative Views:
🔍 Larger Photo   ✉ Email a Friend



*Product Code: M-63_B6YBBUEC*

**Our Price:** $172.00

100% Cotton
Machine Wash
Made in the USA

Choose your options...

size ⓘ First, Select choose a size   ▾

▾ Add to Cart    ▾ Add to Wish List



# CHRISTIAN AUDIGIER

THE LIFESTYLE    BIO    OUR STORIES    CAMPAIGN

Home > Womens Clothing > Tees >

**"VIF Eagle" Women's S/S Dip Dye Rhinestone Tee in Ivory**

**WOMENS**
- Short Sleeve Tees
- Long Sleeve Tees
- Hoodies
- Tanks
- Dresses
- Bottoms
- Swimwear
- Wallets
- Shoes

**MENS**
**COUTURE**
**ACCESSORIES**

Search [ ] GO



"VIF Eagle" Women's S/S Dip Dye Rhinestone Tee in Ivory

Larger Photo   Email a Friend

Alternative Views:

*Product Code:* in-61_B6PBBUEC
*Our Price:* $189.00
100% Cotton
Machine Wash
Made in the USA

Choose your option...

size [?] First Select choose a size

▼ Add to Cart   ▼ Add to Wish List

"VIF Eagle" Women's S/S Dip Dye Rhinestone Tee in Ivory - Windows Internet Explorer

www.christianaudigier.com/VIF-Eagle-Womens-S-S-Dip-Dye-Rhinestone-Tee-in-p/H-61_b8y8bubec.htm

Tools    Help



# CHRISTIAN AUDIGIER

THE LIFESTYLE    BIO    OUR STORES    CAMPAIGN

Home > Womens Clothing > Tees >
"VIF Eagle" Women's S/S Dip Dye Rhinestone Tee in Ivory

Search [          ] GO

**WOMENS**
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Tanks
Dresses
Bottoms
Swimwear
Wallets
Shoes

**MENS**
**COUTURE**
**ACCESSORIES**



"VIF Eagle" Women's S/S Dip Dye Rhinestone Tee in Ivory

▣ Larger Photo    ✉ Email a Friend

Alternative Views:



100% Cotton
Machine Wash
Made in the USA
**Our Price:** $155.00

Product Code: H-61_B8Y8BUBEC

Choose your options...

size : ⓘ  [ First Select choose a size      ▾ ]

▼ Add to Cart        ▼ Add to Wish List






🌐 Internet

Twin Sugar Skull Men's S/S All Over Print Tee in Red - Windows Internet Explorer

www.christianaudigier.com/Twin-Sugar-Skull-Mens-S-S-All-Over-Print-Tee-in-p/126-127_98ckfdsk.htm

Tools    Help
orites

dianaudigier Twin S...    ×    Welcome to Tabbed Browsing

Search    GO

WOMENS
MENS
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Shoes
Wallets
COUTURE
ACCESSORIES



# CHRISTIAN AUDIGIER

THE LIFESTYLE    BIO    OUR STORES    CAMPAIGN

Home > Mens Clothing > Short Sleeves >
"Twin Sugar Skull" Men's S/S All Over Print Tee in Red



"Twin Sugar Skull" Men's S/S All Over Print Tee in Red

Larger Photo    Email a Friend

Alternative Views:



SHANE
SPARKS

Product Code: 126-127_98CKFDSK

Our Price: $143.00

Choose your options...

size    First, Select choose a size

Add to Cart    Add to Wish List

"Twin Sugar Skull" Men's S/S All Over Print Tee in Red - Windows Internet Explorer

www.christianaudigier.com/Twin-Sugar-Skull-Mens-s-S-All-Over-Print-Tee-in-p/t26-t27_b8c8fdsk.htm

orites   Tools   Help

Christian Audigier Twin S... ×   Welcome to Tabbed Browsing

Search [ ] GO

WOMENS
MENS
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Wallets
Shoes
COUTURE
ACCESSORIES

Christian Audigier Shop Online

CHRISTIAN AUDIGIER
THE LIFESTYLE    BIO    OUR STORIES    CAMPAIGN

Home > Mens Clothing > Short Sleeves >
"Twin Sugar Skull" Men's S/S All Over Print Tee in Red




"Twin Sugar Skull" Men's S/S All Over Print Tee in Red
Larger Photo    Email a Friend
Alternative Views:

size: First Select choose a size

Add to Cart    Add to Wish List



Product Code: T24-T27_B8C8FDSK
Our Price: $...

Choose your options...



SHANE SPARKS

Twin Sugar Skull" Men's S/S All Over Print Tee in Blue - Windows Internet Explorer

www.christianaudigier.com/Twin-Sugar-Skull-Mens-s-S-All-Over-Print-Tee-in-p129-120_b6dd6sk.htm

File    Edit    View    Favorites    Tools    Help

Search [ ] GO

WOMENS
MENS
    Short Sleeve Tees
    Long Sleeve Tees
    Hoodies
    Wallets
    Shoes
COUTURE
ACCESSORIES



# CHRISTIAN AUDIGIER

THE LIFESTYLE

BIO    OUR STORES    CAMPAIGN

Home > Mens Clothing > Short Sleeves >
"Twin Sugar Skull" Men's S/S All Over Print Tee In Blue



Twin Sugar Skull" Men's S/S All Over Print Tee in Blue
[ ] Larger Photo    [✉] Email a Friend

Alternative Views:

Product Code: T247730_B6CBRDSK

**Our Price:** $49.00

100%
Machine Wash
Made in USA

Choose your options...

size : (i) [ First Select choose a size        ∨ ]

[ ▼ Add to Cart ]    [ ▼ Add to Wish List ]

Twin Sugar Skull" Men's S/S All Over Print Tee in Blue - Windows Internet Explorer

www.christianaudigier.com/Twin-Sugar-Skull-Mens-S-S-All-Over-Print-Tee-in-p/I29-130_b6c8fd6k.htm

File    Edit    View    Favorites    Tools    Help

# CHRISTIAN AUDIGIER



THE LIFESTYLE    BIO    OUR STORIES    CAMPAIGN

Home > Mens Clothing > Short Sleeves >

"Twin Sugar Skull" Men's S/S All Over Print Tee in Blue

Search [_____] GO

WOMENS
MENS
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Wallets
Shoes
COUTURE
ACCESSORIES

"Twin Sugar Skull" Men's S/S All Over Print Tee in Blue



☐ Larger Photo    ☑ Email a Friend

Alternative Views:

 

Product Code: T29-T30_B6C8FD5K

Our Price: $145.00

100%
Machine Wash
Made in USA

Choose your options...

size : ⓘ  First, Select choose a size    ▾

▸ Add to Cart    ▸ Add to Wish List

"VIF Eagle" Men's S/S All Over Print Tee in Black - Windows Internet Explorer

www.christianaudigier.com/VIF-Eagle-Men-s-S-S-All-Over-Print-Tee-in-Black-p/t5-t6_b8cbabdc.htm

File   Edit   View   Favorites   Tools   Help



# CHRISTIAN AUDIGIER
## THE LIFESTYLE

Bio     Our Stores     CAMPAIGN

Home > Mens Clothing > Short Sleeves >
"VIF Eagle" Men's S/S All Over Print Tee in Black

WOMENS
MENS
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Wallets
Shoes
COUTURE
ACCESSORIES

Search [          ] GO







Alternative Views:

  

"VIF Eagle" Men's S/S All Over Print Tee in Black
☐ Larger Photo   ☑ Email a Friend

Product Code: T5-T6_B8CBABDC

Our Price: $ 44.00

100%
Machine Wash
Made in USA

Choose your options...

size : ⓘ  [ First, Select choose a size ▾ ]

▼ Add to Cart     ▼ Add to Wish List

"VIF Eagle" Men's S/S All Over Print Tee in Black - Windows Internet Explorer

www.christianaudrigier.com/VIF-Eagle-Men-s-S-S-All-Over-Print-Tee-in-Black-p/t5-t6_b8c8a8dec.htm

File  Edit  View  Favorites  Tools  Help

CHRISTIAN AUDIGIER

THE LIFESTYLE    Bio    OUR STORES    CAMPAIGN

Home > Mens Clothing > Short Sleeves >
"VIF Eagle" Men's S/S All Over Print Tee in Black

WOMENS
MENS
Short Sleeve Tees
Long Sleeve Tees
Hoodies
Wallets
Shoes
COUTURE
ACCESSORIES

Search [_____] GO

"VIF Eagle" Men's S/S All Over Print Tee in Black

Larger Photo    Email a Friend

Alternative Views:





Product Code: T5-T6_B8C8A8DEC

Our Price: $XXX.XX

100%
Machine Wash
Made in USA

Choose your options...

size : (i) First, Select choose a size    ▼

Add to Cart    Add to Wish List

# EXHIBIT Q













