UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATTOO JOHNNY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC., CHRISTIAN AUDIGIER, TY BOWERS, MACY'S, INC., BLOOMINGDALE'S, INC., NORDSTROM, INC., VANGUARD APPARREL LIMITED, JOHN DOES 1-100, inclusive, <br><br> Defendants. | Docket No. 1:08-CV-5572 <br><br><br><br> MOTION TO ADMIT COUNCEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Jonas Michael Seider |
| Firm Name: | OlenderFeldman LLP |
| Address: | 2840 Morris Avenue |
| City/State/Zip: | Union, New Jersey 07083 |
| Phone Number: | 908-964-2424 |
| Fax Number: | 908-810-6631 |

Jonas M. Seider, Esq., is a member in good standing of the Bar of the States of New York and New Jersey. Certificates of Good Standing for New York and New Jersey are attached hereto as Exhibit A. There are no pending disciplinary proceeding against Mr. Seider in any State or Federal court.

Dated: 8/15/08

City, State: Union, N.J.

Respectfully submitted,

*[signature]*

Sponsor's SDNY Bar (mm7450)
Firm Name: OlenderFeldman LLP
Address: 2840 Morris Avenue
City/State/Zip: Union, New Jersey
Phone Number: 908-96402482
Fax Number: 908-810-6631

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATTOO JOHNNY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC., CHRISTIAN AUDIGIER, TY BOWERS, MACY'S, INC., BLOOMINGDALE'S, INC., NORDSTROM, INC., VANGUARD APPARREL LIMITED, JOHN DOES 1-100, inclusive,<br><br>Defendants. | Docket No. 1:08-CV-5572<br><br><br><br>**AFFIDAVIT OF<br>MARK D. MILLER, ESQ. IN SUPPORT<br>OF MOTION TO ADMIT COUNSEL PRO<br>HAC VICE** |

State of New Jersey  )
                     ) SS:
County of Union      )

Mark D. Miller, being duly sworn, hereby deposes and says as follows:

1.     I am of counsel to OlenderFeldman LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jonas M. Seider, Esq., as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the States of New York and New Jersey, and was admitted to practice law in a year of 1991in both states. I am also admitted to the bar of the United States District Court for the Southern District of New York (November 6, 1992), and am in good standing with this Court.

3.     I have known Jonas M. Seider since 2007.

4.     Jonas M. Seider is an associated at OlenderFeldman LLP, in Union, New Jersey.

5.     I have found Mr. Seider to be a skilled attorney and a person of integrity. He is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Mr. Seider, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Jonas M. Seider, pro hac vice, which is attached hereto as Exhibit A.

    WHEREFORE it is respectfully requested that the motion to admit Jonas Seider, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: August 15, 2008
City, State: Union, NJ

Notarized:

*Robin Gardner*

ROBIN GARDNER
A Notary Public of New Jersey
My Commission Expires June 22, 2010

Respectfully submitted,

*Mark D. Miller*

Mark D. Miller (mm7450)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATTOO JOHNNY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC., CHRISTIAN AUDIGIER, TY BOWERS, MACY'S, INC., BLOOMINGDALE'S, INC., NORDSTROM, INC., VANGUARD APPARREL LIMITED, JOHN DOES 1-100, inclusive,<br><br>Defendants. | Docket No. 1:08-CV-5572<br><br><br><br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Mark D. Miller, Esq., attorney for Plaintiff Tattoo Johnny, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jonas M. Seider, Esq. |
| Firm Name: | OlenderFeldman LLP |
| Address: | 2840 Morris Avenue |
| City/State/Zip: | Union, New Jersey 07083 |
| Telephone/Fax: | 908-964-2424/908-810-6631 |
| Email Address: | jseider@olenderfeldman.com |

is admitted to practice pro hac vice as counsel for Plaintiff Tattoo Johnny, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JONAS MICHAEL SEIDER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **11th** day of **June, 2007** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 13, 2008

*[signature]*

Clerk of the Court

7483

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JONAS MICHAEL SEIDER** (No. **009462007**) was constituted and appointed an Attorney at Law of New Jersey on **May 14, 2007** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 15TH day of August, 20 08

Clerk of the Supreme Court