```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY F[ILED]
                                            DOC #: _____
                                            DATE FILED: 8/21/[08]
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TATTOO JOHNNY, INC.,

    Plaintiff,

v.

CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC., CHRISTIAN AUDIGIER, TY BOWERS, MACY'S, INC., BLOOMINGDALE'S, INC., NORDSTROM, INC., VANGUARD APPARREL LIMITED, JOHN DOES 1-100, inclusive,

    Defendants.

Docket No. 1:08-cv-5572

**ORDER GRANTING PRELIMINARY INJUNCTION**

**THIS MATTER** having come before the Court upon the application of Plaintiff, Tattoo Johnny, Inc. by its attorneys, OlenderFeldman, LLP, for an Order granting a preliminary injunction; and the Court having read and considered the parties moving and responsive papers and oral argument of counsel on August 18, 2008; and for good cause having been shown, and the court having rendered a decision on the record on August 20, 2008,

**IT IS** on this 20th day of August 2008,

**ORDERED** that Defendants, Christian Audigier, Inc., Shop on Stage, Inc., Christian Audigier, Macy's, Inc., Bloomingdale's, Inc., Nordstrom, Inc., Vanguard Apparel Limited and their respective parents, subsidiaries, affiliates, partners, directors, officers, agents, representatives, servants, employees, attorneys and all persons in active concert, privity, or participation with them who receive actual notice of such order by personal service or otherwise (collectively "Defendants") are ENJOINED and RESTRAINED from doing, aiding, contributing to, causing and abetting any of the following:

(i) using Tattoo Johnny's federally registered copyrights with Registration numbers VA 1-633-383, VA 1-633-384, and VA 1-633-385 ("Registered Designs") that infringes Tattoo Johnny's Registered Designs;

(ii) manufacturing or selling any merchandise with the Registered Designs;

(iii) printing the Registered Designs on merchandise without authorization from Tattoo Johnny; and it is further

**ORDERED** that by August 22, 2008, Plaintiff shall post with the Clerk of the Court a bond or cash security in the amount of $50,000, to be held by the Clerk pending further Order of this Court; and it is further

**ORDERED** that copies of this Order shall be served upon Defendants by Express Mail, Federal Express or other similar overnight delivery service.

August 20, 2008
5:10 p.m.

_Loretta A. Preska_
Hon. Loretta A. Preska, U.S.D.J.