USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 27

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATTOO JOHNNY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC., CHRISTIAN AUDIGIER, TY BOWERS, MACY'S, INC., BLOOMINGDALE'S, INC., NORDSTROM, INC., VANGUARD APPAREL LIMITED, JOHN DOES 1-100, inclusive,<br><br>Defendants. | Docket No. 1:08-CV-5572<br><br>STIPULATION EXTENDING THE TIME TO POST SECURITY FOR PRELIMINARY INJUNCTION ORDER AND ORDER THEREON |

The undersigned, OlenderFeldman LLP, attorneys for plaintiff Tattoo Johnny, Inc. ("Plaintiff"), and Dickstein Shapiro LLP, attorneys for defendants Christian Audigier, Inc., Shop on Stage, Inc., Christian Audigier, Macy's, Inc., Bloomingdale's, Inc., Nordstrom, Inc., and Vanguard Apparel Limited (collectively, "Defendants"), hereby stipulate to an extension of the time within which Plaintiff must post a bond or cash security as required by the Court in the August 20, 2008 Order ("Order"), a copy if which is attached hereto as Exhibit A, since the Plaintiff and Defendants are currently in ongoing settlement negotiations.

The parties hereby agree that in the event settlement is not reached by August 29, 2008, Plaintiff shall post a bond or cash security pursuant to the Order and the Court shall execute the Ordered preliminary injunction.

This stipulation is entered into the 22nd day of August, 2008.

Jonas M. Seider, Esq.
OLENDERFELDMAN LLP
2840 Morris Avenue
Union, New Jersey 07083
(908) 964-2424
Attorneys for Plaintiff

James H. Turken, Esq.
Dickstein Shapiro LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067
(310) 772-8331
Attorneys for Defendants

For good cause appearing therefrom, it is so ordered.

_____ 8/22/08
Hon. ~~Loretta A. Preska U.S.D.J.~~

Paul A. Crotty
U.S.D.J
Part I

# OlenderFeldman LLP
## ATTORNEYS AT LAW

Writer's contact information:
Jonas M. Seider, Esq.
908-964-2424
jseider@olenderfeldman.com
**RESPOND TO NEW JERSEY**

August 22, 2008

**VIA FACSIMILE (212) 805-7941**
Hon. Loretta A. Preska, US D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: **Tattoo Johnny, Inc. v. Christian Audigier, Inc., et al.**
**Docket No.: 1:08-cv-5572**

Your Honor:

Attached please find a courtesy copy of a Stipulation Extending The Time To Post Security For Preliminary Injunction Order and Order Thereon. The parties are in the process of settlement negotiations and seek the Court's approval to extend the time within which Plaintiff must post a bond or cash security for the execution of the preliminary injunction so Ordered.

We respectfully thank the Court for Your Honor's courtesies in this matter.

Respectfully submitted,

JONAS M. SEIDER

Attachment
cc: James H. Turken, Esq.

2840 Morris Avenue
Union, New Jersey 07083
908-964-2485
908-810-6631 (facsimile)

29 West 38th Street – 17th Floor
New York, New York 10018
212-302-3557
212-764-8905 (facsimile)

www.olenderfeldman.com