USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATTOO JOHNNY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN AUDIGIER, INC., SHOP ON STAGE, INC., CHRISTIAN AUDIGIER, TY BOWERS, MACY'S, INC., BLOOMINGDALE'S, INC., NORDSTROM, INC., VANGUARD APPARREL LIMITED, JOHN DOES 1-100, inclusive, <br><br> Defendants. | Docket No. 1:08-CV-5572 <br><br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Mark D. Miller, Esq., attorney for Plaintiff Tattoo Johnny, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jonas M. Seider, Esq. |
| Firm Name: | OlenderFeldman LLP |
| Address: | 2840 Morris Avenue |
| City/State/Zip: | Union, New Jersey 07083 |
| Telephone/Fax: | 908-964-2424/908-810-6631 |
| Email Address: | jseider@olenderfeldman.com |

is admitted to practice pro hac vice as counsel for Plaintiff Tattoo Johnny, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 25, 2008
City, State: New York, NY

_____
United States District/Magistrate Judge